UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 3:18-cv-05275-RBL<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO INITIAL CLASS ACTION COMPLAINT |

## I. STIPULATION

Defendant PTT, LLC d/b/a High 5 Games, LLC and Plaintiff Sean Wilson, by and through their attorneys, hereby stipulate to extend by fourteen (14) days Defendant's deadline to answer or otherwise respond to Plaintiff's Class Action Complaint, making Defendant's answer or response due by May 18, 2014.

Defendant's answer or response is currently due Friday, May 4, 2018. No prior requests to extend Defendant's deadline to answer or otherwise respond have been made, and extending the answer or response deadline to May 18, 2018 does not affect any other scheduled dates in the proceeding. The parties have entered into this stipulation because Defendant is located in New York and has only recently obtained local counsel who needs

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO INITIAL CLASS ACTION COMPLAINT – 1
(3:18-cv-05275-RBL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CBS005-2327 5354728

additional time to analyze the claims and issues presented in Plaintiff's Class Action Complaint.

Defendant and Plaintiff further stipulate that to the extent Defendant files a responsive pleading in lieu of an answer, Plaintiff shall thereafter have thirty (30) days to file any opposition thereto, and Defendant shall then have fourteen (14) days to file its reply.

DATED this 4th day of May, 2018.

| CARNEY BADLEY SPELLMAN | TOUSLEY BRAIN STEPHENS, PLLC |
|---|---|
| By  /s/ *Christopher A. Wright*<br>   Christopher A. Wright, WSBA #26601<br>   Emilia L. Sweeney, WSBA #23371<br>   Attorneys for Defendant | By  /s/ *Janissa A. Strabuk*<br>   Janissa A. Strabuk, WSBA #21827<br>   Cecily C. Shiel, WSBA #50061<br>   Attorneys for Defendant |

## II.   ORDER

It is so ordered.

DATED this _____ day of May, 2018.

_____
Honorable Ronald B. Leighton

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO INITIAL CLASS ACTION COMPLAINT – 2
(3:18-cv-05275-RBL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CBS005-2327 5354728

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO INITIAL CLASS ACTION COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Benjamin H. Richman
EDELSON PC
350 North LaSalle St 14th Fl
Chicago IL  60654
Tel: (312) 589-6370
brichman@edelson.com

**Attorneys for Plaintiff**
Todd Logan
Rafey S. Balabanian
Eve-Lynn Rapp
EDELSON PC
123 Townsend St Ste 100
San Francisco CA  94107
Tel: (415) 638-9660
tlogan@edelson.com
rbalabanian@edelson.com
erapp@edelson.com

**Attorneys for Plaintiff**
Janissa Ann Strabuk
Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Ave Ste 2200
Seattle WA  98101-4416
Tel:(206) 682-5600
jstrabuk@tousley.com
cshiel@tousley.com

DATED this 4th day of May, 2018.

_s/ Lana Ramsey_
Lana Ramsey, Legal Assistant

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO INITIAL CLASS ACTION COMPLAINT – 3
(3:18-cv-05275-RBL)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

CBS005-2327 5354728