The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SEAN WILSON, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

PTT, LLC., a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,

   Defendant.

NO. 3:18-cv-05275-RBL

**DECLARATION OF TODD LOGAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT HIGH 5's RULE 12(B)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Todd Logan, declare as follows:

1. I am one of Plaintiff Sean Wilson's attorneys at Edelson PC. I am entering this declaration in support of Plaintiffs' Opposition to Defendant High 5's Rule 12(b)(2) Motion To Dismiss For Lack Of Personal Jurisdiction. I have been admitted *pro hac vice* in this case, am competent to testify, and make this declaration based upon my personal knowledge.

2. Attached as Exhibit 1 to this declaration is a true and accurate—but partially redacted—copy of Defendant High 5's Objections And Responses To Plaintiff's First Set Of Requests For Production Of Documents.

DECLARATION OF TODD LOGAN IN SUPPORT OF
PL.'S OPP TO DEF'S 12(B)(2) MOTION (3:18-cv-05275) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue  Suite 2200
Seattle  Washington  98101
EL  206 682 5600 • FAX 206 682 2992

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED this 17th day of September at San Francisco, California.

3

4  By: _____

5  Todd Logan, *pro hac vice*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF TODD LOGAN IN SUPPORT OF
PL.'S OPP TO DEF'S 12(B)(2) MOTION (3:18-cv-05275) - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue  Suite 2200
Seattle  Washington  98101
EL  206 682 5600 • FAX 206 682 2992

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 17th day of September, 2018.

By: *s/ Janissa A. Strabuk*
Janissa A. Strabuk, WSBA #21827
jstrabuk@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: (206) 682-5600
Fax: (206) 682-2992

DECLARATION OF TODD LOGAN IN SUPPORT OF
PL.'S OPP TO DEF'S 12(B)(2) MOTION (3:18-cv-05275) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue  Suite 2200
Seattle  Washington  98101
EL  206 682 5600 • FAX 206 682 2992