Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 3:18-cv-05275-RBL<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES<br><br>**NOTE ON MOTION CALENDAR:**<br>January 30, 2020 |

## I.   STIPULATION

Defendant High 5 Games, LLC and Plaintiff Sean Wilson, by and through their attorneys of record, hereby stipulate and move the Court for an extension of deadlines set forth below:

1. Class certification fact discovery deadline will be extended to March 6, 2020 (currently January 31, 2020).

2. Class expert disclosure deadline will be extended to April 10, 2020 (currently March 6, 2020).

3. Rebuttal class expert disclosure deadline will be extended to May 8, 2020 (currently April 3, 2020).

4. Class expert discovery deadline will be extended to May 29, 2020 (currently April 24, 2020).

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES -1
(3:18-cv-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000   ●   FAX: 208.343.8869

5. Motion for class certification deadline will be extended to June 26, 2020 (currently May 22, 2020).

There is good cause for this stipulated motion. Despite good faith efforts, the parties have been unable to complete the class certification fact discovery before the deadline of January 31, 2020. The Court has previously extended the foregoing deadlines. ECF No. 75.

DATED this 30th day of January, 2020.

CARNEY BADLEY SPELLMAN, P.S.

*/s/ Christopher A. Wright*
Christopher A. Wright, WSBA #26601
Emilia J. Sweeney, WSBA #23371

Attorneys for Defendant

HOLLAND & HART LLP

*/s/ Erik F. Stidham*
Erik F. Stidham (Admitted *Pro Hac Vice*)
Jennifer M. Jensen *(Admitted Pro Hac Vice)*
Teague I. Donahey (Admitted *Pro Hac Vice*)
Attorneys for Defendant

TOUSLEY BRAIN STEPHENS PLLC

*/s/ Cecily C. Shiel*
Cecily C. Shiel

EDELSON PC

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES -2
(3:18-cv-05275-RBL)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000  ●  FAX: 208.343.8869

                    */s/ Todd Logan*
Benjamin H. Richman
Todd Logan
Rafey S. Balabanian
Eve-Lynn Rapp
Brandt Silver-Korn

Attorneys for Plaintiff

## II.  ORDER

It is so ordered.

DATED this _____ day of January, 2020.

                          _____
                          Honorable Ronald B. Leighton

STIPULATION AND [PROPOSED]
ORDER TO EXTEND DEADLINES -3
(3:18-cv-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000  •  FAX: 208.343.8869

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Ave Ste 2200
Seattle WA  98101-4416
Tel: (206) 682-5600
cshiel@tousley.com

**Attorneys for Plaintiff**
Benjamin H. Richman
EDELSON PC
350 North LaSalle St 14th Fl
Chicago IL  60654
Tel: (312) 589-6370
brichman@edelson.com

**Attorneys for Plaintiff**
Todd Logan
Rafey S. Balabanian
Eve-Lynn Rapp
Brandt Silver-Korn
EDELSON PC
123 Townsend St Ste 100
San Francisco CA  94107
Tel: (415) 638-9660
tlogan@edelson.com
rbalabanian@edelson.com
erapp@edelson.com
bsilverkorn@edelson.com

*/s/ Stacy Gust*
Stacy Gust, Legal Assistant

14138906_v1