Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 3:18-cv-05275-RBL<br><br>NOTICE OF RENOTE RE: MOTION FOR PROTECTIVE ORDER<br><br>**RENOTE ON MOTION CALENDAR: February 14, 2020** |

Defendant, PTT, LLC d/b/a High 5 Games, LLC, by its attorneys of record, hereby renotes the Motion for Protective Order Re Plaintiff's Subpoenas to Apple Inc. and Google LLC currently noted for February 7, 2020 to February 14, 2020.

DATED this 5th day of February, 2020.

| CARNEY BADLEY SPELLMAN, P.S. | HOLLAND & HART LLP |
|---|---|
| By  /s/ Christopher A. Wright<br>Christopher A. Wright, WSBA #26601<br>Emilia L. Sweeney, WSBA #23371<br>Attorneys for Defendant | By  /s/ Jennifer M. Jensen<br>Erik F. Stidham, *pro hac vice*<br>Jennifer M. Jensen, *pro hac vice*<br>Teague I. Donahey, *pro hac vice*<br>Robert C. Ryan, *pro hac vice*<br>Attorneys for Defendant |

STIPULATION RE CONSIDERATION OF
MOTION FOR PROTECTIVE ORDER - 1
(3:18-cv-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000  ●  FAX: 208.343.8869

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2020, I electronically filed the foregoing **NOTICE OF RENOTE RE MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Lana Ramsey*
Legal Assistant

STIPULATION RE CONSIDERATION OF
MOTION FOR PROTECTIVE ORDER - 2
(3:18-CV-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000  ●  FAX: 208.343.8869