THE HONORABLE RONALD B. LEIGHTON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

SEAN WILSON, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,

*Defendant*.

Case No. 18-cv-05275-RBL

**DECLARATION OF TODD LOGAN**

I, Todd Logan, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Edelson PC, which has been retained to represent Plaintiff Sean Wilson and proposed plaintiff Barbara Lewis in the above-captioned matter. I am entering this declaration in support of Plaintiff's Motion for Leave to Amend by Adding Barbara Lewis as an Additional Named Plaintiff.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. Attached hereto as Exhibit 1 is a true and accurate copy of a redlined version of Plaintiff's proposed First Amended Class Action Complaint.

4. Attached hereto as Exhibit 2 is a true and accurate copy of a clean version of Plaintiff's proposed First Amended Class Action Complaint.

5. On January 16, 2019, Plaintiff propounded his First Set of Requests for Production.

6. After the Court entered a Scheduling Order in August 2019, and over the next six months, the parties' initial discovery disputes crystalized and High 5 began producing documents responsive to Plaintiff's outstanding document requests.

7. Attached hereto as Exhibit 3 is a true and accurate copy of a letter High 5's counsel sent to me on November 12, 2019.

8. High 5's discovery efforts to date have consisted of eight (8) interrogatories, eight (8) requests for production of documents, and the deposition of Plaintiff Wilson.

9. If the proposed amendment is allowed, I will: (1) ensure that Ms. Lewis sits promptly for her deposition, whether it occurs before or after the current close of class-certification related discovery, and (2) ensure that all discovery previously propounded upon Mr. Wilson is promptly responded to as if it had been propounded upon Ms. Lewis.

10. Plaintiff has no objection to a brief extension of the class certification fact discovery cutoff, if necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of February at New York, New York.

/s Todd Logan