THE HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | Case No. 18-cv-05275-RBL<br><br>**DECLARATION OF BARBARA LEWIS**<br><br>**FILED UNDER SEAL** |

DECLARATION OF BARBARA LEWIS
Case No. 18-cv-05275-RBL - 1

1  I, Barbara Lewis, pursuant to 28 U.S.C. § 1746, declare as follows:

2      1.    I am a 73-year-old resident of Spokane, Washington.

3      2.    █████████████████████████████████████████

4  ████████████████████████████████████████████████

5  ████████████████████████████████████████████████

6  ████████████████████████████████████████████████

7  ████████████████████████████████████████████████

8  ████

9      3.    █████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████

12     4.    █████████████████████████████████████████

13 ████████████████████████████████████████████████

14 ████████████████████████████████████████████████

15 ████████████████████████████████

16     5.    █████████████████████████████████████████

17 ████████████████████████████████████████

18

19  I declare under penalty of perjury that the foregoing is true and correct.

20

21  Executed on this 14th day of February, 2020, at Spokane, Washington.

22

23

24  *Barbara Lewis*
    ——————————————————

25      BARBARA LEWIS

26

DECLARATION OF BARBARA LEWIS
Case No. 18-cv-05275-RBL-2