Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEAN WILSON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 3:18-cv-05275-RBL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES ON PENDING MOTIONS**<br><br>**NOTE ON MOTION CALENDAR: March 2, 2020** |

## I.  STIPULATION

Defendant High 5 Games, LLC ("High 5") and Plaintiff Sean Wilson, by and through their attorneys of record, hereby stipulate to and jointly move the Court for the entry of an Order as follows:

1. Plaintiff shall re-note his Motion to Amend, Dkt. 93, to March 13, 2020.

2. High 5's opposition to Plaintiff's Motion to Amend shall be due March 4, 2020.

3. Plaintiff's reply in support of his Motion to Amend shall be due March 11, 2020.

STIPULATED MOTION AND
[PROPOSED] ORDER -1
(3:18-CV-05275-RBL)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

4. High 5 has withdrawn its Motion to Certify, Dkt. 99, and filed a revised Motion to Certify, Dkt. 103.

5. Plaintiff shall immediately withdraw his Motion for Leave To File Over-Length Brief and For Continued Briefing Schedule, Dkt. 101.

6. Plaintiff's opposition to the revised Motion to Certify shall be due March 23, 2020.

7. High 5's reply in support of the revised Motion to Certify shall be due April 3, 2020.

The Parties agree that there is good cause for this stipulated motion.

DATED this 2nd day of March, 2020.

CARNEY BADLEY SPELLMAN, P.S.

 /s/ Christopher A. Wright
Christopher A. Wright, WSBA #26601
Emilia J. Sweeney, WSBA #23371

Attorneys for Defendant

HOLLAND & HART LLP

/s/ Erik F. Stidham
Erik F. Stidham (Admitted *Pro Hac Vice*)
Jennifer M. Jensen (Admitted *Pro Hac Vice*)
Teague I. Donahey (Admitted *Pro Hac Vice*)
Attorneys for Defendant

STIPULATED MOTION AND [PROPOSED] ORDER -2 (3:18-CV-05275-RBL)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

| | |
|---|---|
| 1 | TOUSLEY BRAIN STEPHENS PLLC |
| 2 | |
| 3 | */s/ Cecily C. Shiel* |
|   | Cecily C. Shiel |
| 4 | |
| 5 | EDELSON PC |
| 6 | */s/ Todd Logan* |
|   | Benjamin H. Richman |
| 7 | Todd Logan |
|   | Rafey S. Balabanian |
| 8 | Eve-Lynn Rapp |
|   | Brandt Silver-Korn |
| 9 | |
| 10 | Attorneys for Plaintiff |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATED MOTION AND
[PROPOSED] ORDER -3
(3:18-CV-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

II.     <u>ORDER</u>

It is so ordered.

DATED this _____ day of March, 2020.

                                                            _____
                                                            Honorable Ronald B. Leighton

STIPULATED MOTION AND
[PROPOSED] ORDER -4
(3:18-CV-05275-RBL)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2020, I electronically filed the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULES ON PENDING MOTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
1700 7th Ave Ste 2200
Seattle WA  98101-4416
Tel: (206) 682-5600
cshiel@tousley.com

**Attorneys for Plaintiff**
Benjamin H. Richman
EDELSON PC
350 North LaSalle St 14th Fl
Chicago IL  60654
Tel: (312) 589-6370
brichman@edelson.com

**Attorneys for Plaintiff**
Todd Logan
Rafey S. Balabanian
Eve-Lynn Rapp
Brandt Silver-Korn
EDELSON PC
123 Townsend St Ste 100
San Francisco CA  94107
Tel: (415) 638-9660
tlogan@edelson.com
rbalabanian@edelson.com
erapp@edelson.com
bsilverkorn@edelson.com

*/s/ Stacy Gust*
Stacy Gust, Legal Assistant

14284519_v1