# Exhibit 1-E

# Filed Under Seal