# Exhibit 4

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br>     *Defendants*. | No. 2:18-cv-00525-RBL |

DECLARATION OF WILLA MOORE

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

# DECLARATION OF WILLA MOORE

I, Willa Moore, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I first downloaded DoubleDown Casino in 2013, after I was hospitalized for chronic pain issues. Because my mobility had decreased, I went on the internet more and more often, and when I was on Facebook, I found DoubleDown. I was drawn to DoubleDown because I could play the same games that I played when I went to real casinos.

2. I started out playing probably 2-3 times a week, maybe for 4-6 hours each day. But very quickly, I was playing every day, sometimes more than 12 hours a day.

3. Overall, I estimate that I have spent over $40,000 on chips in DoubleDown Casino.

4. I am addicted to DoubleDown Casino. I never thought something like this could happen. I knew being on DoubleDown Casino every day for hours was a problem, but I couldn't seem to stop.

5. I believe that DoubleDown is taking advantage of people's addictions. They know that gambling is addictive, and they act exactly like a physical casino that pays out money. But of course that's not the case. You buy more chips and you can't win money even though you're using real money to buy those chips. They are profiting off people's addiction to the game.

6. I feel alone and embarrassed about spending money to do something that only feeds my addiction. DoubleDown Casino consumes you, and makes you feel like you always have to go play. I feel guilty because I've spent money on DoubleDown that I've needed to pay bills or buy food.

I declare under penalty of perjury that the above and foregoing is true and correct.

Executed on May 20 at (Hemet), (CA).

*Willa Moore*
WILLA MOORE

DECLARATION OF WILLA MOORE

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992