# Exhibit 5

DocuSign Envelope ID: 253FE80D-C008-4490-A77C-FZEBD5AF3295

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ADRIENNE BENSON and MARY SIMONSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br><br>DOUBLE DOWN INTERACTIVE, LLC, a Washington limited liability company, and INTERNATIONAL GAME TECHNOLOGY, a Nevada corporation,<br>     *Defendants*. | No. 2:18-cv-00525-RBL |

DECLARATION OF JAN SAARI

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

DocuSign Envelope ID: 253FE80D-C008-4490-A77C-FZEBD5AF3295

## DECLARATION OF JAN SAARI

I, Jan Saari, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I first started playing DoubleDown Casino around 2017 when I saw an ad on Facebook. Most Facebook ads I can ignore, but the DoubleDown Casino ad came up and said it was "free play" at their casino just by signing up. The graphics were colorful, they had a big selection of slot machines to choose from, and they offered a large amount of free chips to start playing with.

2.      At the beginning, I would stop playing once my free chips ran out. But then I started purchasing, and everything changed. I would play every day, 7 days a week, for approximately 2-3 hours in the afternoon.

3.      Overall, I believe I have spent close to $25,000 on DoubleDown Casino. I would buy the chips with a credit card which I couldn't pay in-full, so there's interest on top of that too.

4.      DoubleDown Casino quickly went from my "best friend" to my worst nightmare. My partner was suffering serious health problems so I would turn to DoubleDown Casino to forget about all the problems he was having. I had a 2-3 hour window where I could tune out and have my time to play and feel the adrenaline rush of winning. As the free chips began running out (because I kept losing), I put a credit card on file to buy some more so I could keep playing. You could buy different packages that they would offer from $9.99 to $249.00. The more you spent, the more chips you would receive. After buying the smaller packages, I found that I would lose them in a short time, while if I bought a more expensive package, I would receive more jackpots and get to play longer.

5.      This type of online casino has a lot of pitfalls. When you go to their site each day, they let you know that certain games have a better chance of hitting the jackpots. They also say that the higher the bet you place, the better your chance of hitting a big jackpot. This tells me that they can manipulate the games to pay more or less, and they have the power to do that. If they see you as a repeat buying customer, they may make your games pay less so you buy more chips to keep playing. At least, that is how it seems to me. You also are given ranks so that when you

DECLARATION OF JAN SAARI

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1 reach a new level (by purchasing more chips) you are given more free chips. They also give you

2 an ambassador or V.I.P. rep to contact if you have any concerns with purchasing chips or other

3 matters. It makes you feel like you have a friend on the other end.

4   6.  I was a well-respected, active member of my community who owned my own

5 business for 36 years. But when I retired, and my fellow started having health problems,

6 DoubleDown Casino made me fall into the trap of escape and adrenaline rush to cope with all

7 my other responsibilities. When I won, it was just great. When I lost, and started buying more

8 and more chips, I felt lower than pond scum. I was sick to my stomach, felt like a total loser,

9 wondered about suicide (although I would never leave my partner), could not sleep, had anxiety

10 attacks with a rushing heart, and couldn't eat. I just couldn't understand how I could let it get so

11 out of control. It was as if it had a power over me that I couldn't break. I couldn't stop.

12

13   I declare under penalty of perjury that the above and foregoing is true and correct.

14

15

16 Executed on this 12___ day of March at _vancouver___, _washington_____.

17

18

19               _Jan Saari_____

20               JAN SAARI

21

22

23

24

25

26

27

DECLARATION OF JAN SAARI

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992