# Exhibit 6

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>*Defendant*. | No. 2:18-cv-00565-RBL |

DECLARATION OF LAURA PERKINSON

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

# DECLARATION OF LAURA PERKINSON

I, Laura Perkinson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I downloaded Jackpot Party Casino because of my disability. I was disabled in an accident in the early 90s. It is very depressing to not be able to do what you have always done in the past and not be able to run or walk well at all. I turned to friends on the computer and they led me to games of a different kind. Soon, I started to get emails and letters from online casinos. At first, I did not follow up, but they kept giving me more and more great offers. I started playing many games including Jackpot Party Casino. Before I knew it, I found myself playing and paying way more than I should have.

2. At first, I played for only maybe an hour at a time or when I had any down time at all. When I lost my husband, I spent a lot more time playing these games, sometimes 4 to 5 hours a day.

3. Overall, I believe that I have spent between $10,000-$20,000 playing Jackpot Party Casino.

4. I was addicted to Jackpot Party Casino and I hate that. Having very little to do every day and getting such amazing offers makes you think you might actually win something. Yet, you don't. I didn't even realize they fix the games. If you ever get to a high amount such as a billion, you will lose until you have to buy. If you don't buy you won't have enough coins to play longer than 10 minutes. At that point, they start bombarding you with offers that sound great. Even then if you buy in, you may have to do so 3 or 4 times before they make it so you can win. I was stupid enough to keep on playing. This kind of loss put a huge strain on my ability to even buy food since I had spent money on a stupid game.

5. I believe Jackpot Party Casino had been taking advantage of my addiction. Each day you get a small amount of free coins just to get you going and sucked in for the day. Those coins don't last long so you end up buying more in order to keep playing. Once you get down to a lower amount of coins they will instantly start flashing deals onto your screen. Instead of paying $49.99, you can get the same amount of coins for just $29.99. A lot of these are deals that

DECLARATION OF LAURA PERKINSON

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  you can't resist at all. When I would get an email with some kind of offer, I would go play it,
2  each and every time. Just as I was going to lose all the coins they gave me, I would almost win a
3  big amount, which was enough to get me to pay more money.
4      6.   This game hurt me and the worst part was that when my husband was alive, he
5  would say, "You're not spending money on there are you?" and I lied. I hate that I have to live
6  with that now.

   I declare under penalty of perjury that the above and foregoing is true and correct.

10  Executed on this  12   day of March at  Centralia  ,  Washington  .

*Laura Perkinson*
LAURA PERKINSON

DECLARATION OF LAURA PERKINSON

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992