# Exhibit 7

The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SHERYL FIFE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br>v.<br><br>SCIENTIFIC GAMES CORP., a Nevada corporation,<br><br>    *Defendant*. | No. 2:18-cv-00565-RBL |

DECLARATION OF DONNA REED

Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

DocuSign Envelope ID: E28E214B-2F86-4B5C-908D-55387E21EE6A
Case 3:18-cv-05275-RBL   Document 144-11   Filed 06/26/20   Page 3 of 4

**DECLARATION OF DONNA REED**

I, Donna Reed, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I first started playing Jackpot Party Casino in 2013 after a friend sent it to me. It was addictive right away.

2. I would play Jackpot Party Casino 7 days a week for probably 5 to 6 hours a day.

3. I believe that I've spent at least $30,000 on Jackpot Party Casino over the 6 years that I played. I didn't spend that much at first. But once I retired and started going through marital problems, it became my vice. I didn't realize how much I was spending.

4. I am married to a very controlling man and he spends money like water on things he wants such as classic cars and photography equipment. I would just stay home and take care of our 4 dogs. It got to where Jackpot Party Casino was the only outlet I had in my life. And it got out of control.

5. I saw my husband spending all this money so I thought to myself, "look I can do the same." It's so easy to spend money from home so you keep purchasing because you don't realize how much you're spending at the time. I work at a casino now and I don't gamble at all there; Jackpot Party makes it so easy to gamble from your own home.

6. I am going through a divorce right now, in part because of how much money I spent on Jackpot Party. This has made it very difficult to stop playing and spending. But I have cut down my spending because I just don't have the money anymore.

7. I believe Scientific Games has acted unfairly and taken advantage of my addiction. I began to lose more frequently when I was spending a lot and that meant that I had to keep purchasing coins. Scientific Games will provide incentives to their top spenders so that they continue to spend. I have received Christmas gifts two times. They have sent me a robe, oils, phone charger, bath bombs, a blanket, and more. I know that they have sent other players flowers and candies.

8. This game has changed my way of thinking and caring. I never thought I would get addicted to anything except cigarettes, but this has taken too much of my life away. I don't

DECLARATION OF DONNA REED

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

DocuSign Envelope ID: E28E214B-2F86-4B5C-908D-55387E21EE6A

Case 3:18-cv-05275-RBL   Document 144-11   Filed 06/26/20   Page 4 of 4

1  know how my life would be different without this game, but I know that it would be better and I
2  know that I would be much better off financially. I am going to try to get some help and I think
3  these games of gambling should be banned from the internet. I wouldn't miss it if they got rid of
4  it. I wish it didn't exist.

7       I declare under penalty of perjury that the above and foregoing is true and correct.

11      Executed on this  6th  day of March at  Silverdale ,  Washington      .

*Donna Reed*
DONNA REED

DECLARATION OF DONNA REED

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992