# Exhibit 8

(iPad Lodged with the Court)