# Exhibit 10



# High 5 Vegas Free Slots Casino

**High 5 Games**   Casino

★★★★★ 5,684

Teen

**Offers in-app purchases**
⚠ You don't have any devices.

Add to Wishlist

Install





Experience the Vegas strip as a VIP in High 5 Vegas Casino, a free premium slots destination featuring exclusive slot rooms for every slot player. Take your pick from Real Vegas slot hits, fun Cartoon slot games, or Classic 3-Reel Slots! Hit the reels and rack up a huge bankroll as you spin the reels for over-the-top wins across all your devices.

INSTALL NOW to get 5 MILLION FREE COINS!