# Exhibit 11

Dec 3, 2018

# High 5 Games is Playing to Win the Social Casino Races

Share: 

After posting one of its strongest first halves since 2014, High 5 Games followed up with a category-leading third quarter in 2018. According to Eilers & Krejcik Social Casino Tracker for 3Q18, H5G is one out of six mature social casino operators with positive growth of at least 6.5X above the category norm, as well as double-digit growth year-over-year. In the last two years, H5G has orchestrated a surprise resurgence in the social casino gaming market with its flagship product High 5 Casino cementing its place amongst the top 15 social casino operating properties. According to H5G, High 5 Casino will always offer players two things that no other free-to-play casino can: authentic slot gameplay and the most hit slot titles available for free.

H5G's brass believes the majority of its recent success has been twofold; the first is banking on the fact that sophisticated players recognize that High 5 Casino is unrivaled when it comes to both the quality and quantity of its content. All 275+ games are authentic slots with realistic RTP values. It is H5G's policy not to "bait and switch" its players; the company avoids luring unsuspecting new players with big wins, and then alter the gameplay after the fact. High 5 Games titles play true 100% of the time – from desktop to mobile, emulating that real money gaming experience.

The second has been investing in partnerships with innovative technology companies that can help them leverage the explosive growth of player data and provide support for real-time analysis of its paid media investments. Although H5G employs its own sophisticated internal data science group and has established a culture of data-driven decision-making since inception, they identified a need for a platform that allows for management and optimization of a complex portfolio of acquisition campaigns; consisting of multiple paid channels into an ecosystem with several SKU's and entry points.

Facing increased competitive pressure, High 5 Games leadership challenged the growing marketing and data