# Exhibit 12

# Filed Under Seal

```
                                            Page 7

 1               TANGARA
 2   I'll cut right to it.
 3       ███   ███  ████  ██  ███  ██ ███
 4  █████  ████  █████  ████  ████  ██████
 5  █████  █████  █████  ██  ██
 6      ██       ███
 7      ██       ████   ███  ██  ████
 8      ██       █████    █████   ███  ██
 9  █████  █ █████ █ █████  ████  ██  █████
10  █ ████ ██  ███
11      ██      █████ █ ███  ██  ███
12      ██       ████
13       Q.    And that's true specifically for
14   High 5 Casino?
15       A.    That's true.
16       Q.    Okay.  Do you have any
17   information about whether that figure
18   would be different from purchases that
19   originated within the State of Washington?
20       A.    No.
21       Q.    Is there any reason to suspect
22   that purchases that originated within the
23   State of Washington would be different
24   than analytics approximately one day?
25             MR. STIDHAM:  Object to form.
```