# Exhibit 13

# Filed Under Seal

```
                                              Page 13
 1                      BATE
 2         Q.    Literally the question is
 3    the percentage of High 5 Casino
 4    players who have never made a coin
 5    purchase?
 6         MR. STIDHAM:  So you are
 7     saying nationwide, not just
 8     Washington?
 9         MR. LOGAN:  Your scope
10    question is Washington.  I'm happy
11    to rephrase the question.
12    ▮▮  ▮▮  ▮▮  ▮▮▮▮  ▮▮  ▮▮
13    ▮▮▮▮▮▮  ▮▮  ▮▮▮ ▮▮▮  ▮▮▮▮
14    ▮▮▮  ▮▮▮  ▮▮▮  ▮▮▮ ▮▮  ▮▮▮▮
15    ▮▮  ▮▮  ▮▮  ▮▮▮▮▮
16        ▮▮ ▮ ▮▮▮  ▮▮  ▮▮▮  ▮▮▮
17        ▮▮ ▮▮▮▮
18       ▮▮   ▮▮▮  ▮▮   ▮▮▮  ▮▮ ▮▮
19    ▮▮▮▮▮  ▮▮ ▮▮▮  ▮▮▮  ▮▮▮▮
20    ▮▮  ▮▮▮  ▮▮▮ ▮ ▮▮▮  ▮▮▮▮
21       ▮▮  ▮▮▮▮▮
22       ▮▮   ▮▮▮   ▮▮▮▮▮▮  ▮▮
23    ▮▮ ▮▮
24       ▮▮   ▮▮▮  ▮▮▮  ▮▮▮▮  ▮▮▮
25    ▮▮ ▮ ▮▮▮
```