# Exhibit 14

1 ▓▓▓▓▓▓▓▓▓

2 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

4 ▓▓▓▓

5 **Q.  What's your understanding as your role?  Do you**

6 **have any understanding as your role as a class**

7 **representative?**

8 A.  Yes, I do.  I am here to represent the whole

9 group as a collection of people to represent everyone's

10 best interest on receiving their money back to them and

11 stop the illegal gambling.

12 **Q.  What's your understanding as to what you need to**

13 **do in that regard?**

14 A.  I am required to be available for depositions

15 and hearings if needed.

16 **Q.  Do you know any members of the potential class?**

17 A.  No, I do not.

18 **Q.  Do you have any information regarding the**

19 **potential class?**

20 A.  No, I do not, other than just what I know from

21 the -- what I was given in the paperwork or...

22 **Q.  Do you know what a complaint is?**

23 A.  Yes.

24 **Q.  What is a complaint?**

25 A.  A complaint is where somebody will bring forward