UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN WILSON,

        Plaintiff,

   v.

PTT, LLC,

        Defendant.

Cause No. C18-5275RSL

ORDER APPROVING PLAINTIFFS' CLASS NOTICE PLAN

      This matter comes before the Court on "Plaintiffs' Motion for Approval of Class Notice Plan." Dkt. # 171. The form and methods of notice proposed by plaintiffs satisfy with Rule 23 and the Due Process Clause. There being no counterclaims of which absent class members need be apprized, plaintiffs' motion is GRANTED.

      Dated this 10th day of March, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER APPROVING PLAINTIFFS'
CLASS NOTICE PLAN - 1