1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

23

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN WILSON,

               Plaintiff,

        v.

PTT, LLC,

               Defendant.

Cause No. C18-5275RSL

ORDER

This matter comes before the Court on the "Plaintiff's Motion for Status Conference."

Dkt. # 201. Pursuant to the existing case management order, Dkt. # 194, plaintiff may file a

dispositive motion on or before July 5, 2023.[1] If plaintiff seeks an expedited briefing schedule

for such a motion, he should first attempt to obtain defendant's agreement. Plaintiff's motion for

a status conference is DENIED.


Dated this 18th day of January, 2023.


*MrS Lasnik*

Robert S. Lasnik
United States District Judge

---

[1] Because the date identified as the deadline for the filing of dispositive motions falls on a federal holiday, the act or event shall be performed on the next business day. Dkt. # 195 at 2.

ORDER - 1