UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEAN WILSON, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PTT, LLC, d/b/a HIGH 5 GAMES, LLC,

    Defendant.

Case No.  C18-5275RSL

ORDER DENYING MOTION TO SEAL

    This matter comes before the Court on "High 5 Games, LLC's Motion for Leave to File Under Seal." Dkt. # 191. Defendant seeks to seal excerpts of testimony from plaintiff's deposition and corresponding sections of its opposition memorandum on the ground that the information was designated as confidential by plaintiff's counsel. The justification is insufficient.

    "There is a strong presumption of public access to the court's files," and, absent a showing that the public's right of access is outweighed by the interests of the public and/or the parties in shielding the material from public view, a seal is not appropriate. LCR 5(g). A party's unilateral designation of a document as confidential under a protective order does not, in and of itself, justify a seal under LCR 5(g)(2). Plaintiff did not file a response to the motion as required by LCR 5(g)(3) or otherwise show the legitimate private or public interests that warrant a seal, the injury that would result from public disclosure, or that the public's right of access should

ORDER DENYING MOTION
TO SEAL - 1

give way.

    Neither party has made the showing necessary to preclude public access to the documents at issue. Defendant's request for a seal is therefore DENIED. The Clerk of Court is directed to unseal Dkt. # 192-193.

Dated this 30th day of January, 2023.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO SEAL - 2