# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | No. 18-cv-05275-RSL<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES** |

## STIPULATION

Plaintiff Rick Larsen and Defendant PTT, LLC ("High 5") (together, the "Parties"), by and through their counsel, hereby stipulate and move the Court for an extension of deadlines as set forth below:

1. Under the current case schedule, fact discovery is set to close on June 4, 2023, and dispositive motions are due to be filed by July 4, 2023. *See* Dkt. #195.

2. Over the past few months, the Parties have re-engaged in settlement talks, exchanging emails and phone calls regarding potential resolutions. Those efforts are continuing.

1      3.      In order to give the Parties time to pursue these settlement efforts prior to
2  important case deadlines, the Parties have agreed to stipulate—subject to the Court's approval—
3  to a 90-day extension of all upcoming case deadlines.
4      4.      The Parties previously agreed that neither Party would object on timeliness
5  grounds to expert reports disclosed by June 4, 2023, so the Parties seek an extension of that
6  deadline as well.
7      5.      Therefore, the Parties jointly request that the Court extend the expert disclosure
8  deadline and all other upcoming deadlines by 90 days and enter the attached Proposed Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 17th day of May, 2023.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

| | |
|---|---|
| 1 | By: /s/Cecily C. Jordan |
| | Cecily C. Jordan, WSBA #50061 |
| 2 | cshiel@tousley.com |
| | TOUSLEY BRAIN STEPHENS PLLC |
| 3 | 1200 5th Avenue, Suite 1700 |
| | Seattle, Washington 98101 |
| 4 | Tel: 206.682.5600 |

*Class Counsel and Attorneys for Plaintiff Larsen*

\*Admitted *pro hac vice*

**HOLLAND & HART LLP**
By: /s/ Teague I. Donahey
Erik F. Stidham *
efstidham@hollandhart.com
Teague I. Donahey*
tidonahey@hollandhart.com
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Tel: (208) 342-5000 / Fax: (208 343-8869

Robert C. Ryan*
rcryan@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Tel: (775) 327-3000 / Fax: (775) 786-6179

By: /s/ Mark Rosencrantz
Christopher A. Wright, WSBA #26601
wright@carneylaw.com
Mark Rosencrantz, WSBA #26552
rosencrantz@carneylaw.com
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020 / Fax: (206) 467-8215

*Attorneys for Defendant*

\*Admitted *pro hac vice*

# ORDER

The Parties' stipulated motion is GRANTED. The schedule set forth at Dkt. #195 is hereby AMENDED as follows:

| | |
|---|---|
| **TRIAL DATE** | **January 8, 2024** |
| Reports from expert witnesses under FRCP 26(a)(2) due | July 5, 2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | September 5, 2023 |
| Settlement conference held no later than | September 18, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | October 2, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | December 4, 2023 |
| Agreed pretrial order due | December 19, 2023 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 3, 2024 |
| Length of Trial:   5 days | Jury |

IT IS SO ORDERED.

Dated this 19th day of May, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge