1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>    *Defendant*. | No. 18-cv-05275-RSL<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES** |

**STIPULATION**

Plaintiff Rick Larsen, individually and on behalf of the Class ("Plaintiffs"), and Defendant PTT, LLC ("High 5") (together, the "Parties"), by and through their counsel, hereby stipulate and move the Court for an extension of deadlines as set forth below:

1.  Under the current case schedule, FRCP 26(a)(2) expert reports were due on July 5, 2023, fact discovery closed on September 5, 2023, and dispositive motions are due to be filed by October 2, 2023. *See* Dkt. #220.

2.  On August 22, 2023, the Parties filed a stipulated motion to extend all pending case deadlines by 45 days, in order to allow the Parties to pursue a formal mediation process. The Court did not enter the stipulation but extended the trial date until May 6, 2024. *See* Dkt. #223.

**EDELSON PC**
350 N LaSalle Drive, 14th Floor, Chicago, IL 60654
Tel: 312.589.6370 • Fax: 312.589.6378

3.      On September 20, 2023, the Parties participated in a formal mediation with Phillips ADR, with briefing and other information exchanged in advance. The Parties did not reach a resolution.

4.      The Parties now jointly request that the Court extend the deadline for completing fact discovery to December 1, 2023 and for filing dispositive motions to December 29, 2023. The Parties do not seek an extension of the May 6, 2024 trial date or the deadlines previously set in the Court's September 11, 2023 Order, Dkt. #223.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 29th day of September, 2023.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan, WSBA #60698
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Hannah Hilligoss*
hhilligoss@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378
By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Class Counsel and Attorneys for Plaintiff Larsen*

*Admitted *pro hac vice*

**HOLLAND & HART LLP**
By: /s/ Teague I. Donahey
Erik F. Stidham *
efstidham@hollandhart.com
Teague I. Donahey*
tidonahey@hollandhart.com
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Tel: (208) 342-5000 / Fax: (208 343-8869

Robert C. Ryan*
rcryan@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Tel: (775) 327-3000 / Fax: (775) 786-6179

By: /s/ Christopher A. Wright
Christopher A. Wright, WSBA #26601
wright@carneylaw.com
Mark Rosencrantz, WSBA #26552
rosencrantz@carneylaw.com
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020 / Fax: (206) 467-8215

*Attorneys for Defendant*

*Admitted *pro hac vice*

# ORDER

The Parties' stipulated motion is GRANTED. The pretrial schedule set forth at Dkt. #195 is hereby AMENDED as follows. The additional deadlines set forth in Dkt. #223 are set forth below for clarity and remain unchanged.

| *TRIAL DATE* | *May 6, 2024 (Dkt. #223)* |
|---|---|
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | December 1, 2023 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)(3)) | December 29, 2023 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the <u>second</u> Friday thereafter. Replies will be accepted. | April 8, 2024 (Dkt. #223) |
| Agreed pretrial order due | April 24, 2024 (Dkt. #223) |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 1, 2024 (Dkt. #223) |
| Length of Trial:    5 days | Jury (Dkt. #223) |

IT IS SO ORDERED.

Dated this 2nd day of October, 2023.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge