**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PTT, LLC, a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company,<br><br>*Defendant*. | No. 18-cv-05275-RSL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

**STIPULATION**

Plaintiff Rick Larsen, individually and on behalf of the Class ("Plaintiffs"), and Defendant PTT, LLC ("High 5") (together, the "Parties"), by and through their counsel, hereby stipulate and move the Court for an extension of deadlines as set forth below:

1. Under the current case schedule, dispositive motions are due to be filed by December 29, 2023. *See* Dkt. #227.

2. The Parties now jointly request that the Court grant a 21-day extension of the deadline for filing dispositive motions, until January 19, 2024. The Parties do not seek an extension of the May 6, 2024 trial date or the other, remaining deadlines set in the Court's October 2, 2023 Order, Dkt. #227.

1   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   DATED this 14th day of December, 2023.

**EDELSON PC**

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan, WSBA #60698
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300 / Fax: 415.373.9435

By: /s/ Alexander G. Tievsky
Jay Edelson*
jedelson@edelson.com
Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
Hannah Hilligoss*
hhilligoss@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: 312.589.6370 / Fax: 312.589.6378

By: /s/ Cecily C. Jordan
Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600

*Class Counsel and Attorneys for Plaintiff Larsen*

*Admitted *pro hac vice*

**HOLLAND & HART LLP**
By: /s/ Craig Stewart
Erik F. Stidham*

| | |
|---|---|
| 1 | efstidham@hollandhart.com |
| | Teague I. Donahey* |
| 2 | tidonahey@hollandhart.com |
| | Holland & Hart LLP |
| 3 | 800 W. Main Street, Suite 1750 |
| | Boise, ID 83702 |
| 4 | Tel: (208) 342-5000 / Fax: (208) 343-8869 |
| 5 | |
| | Robert C. Ryan* |
| 6 | rcryan@hollandhart.com |
| | Holland & Hart LLP |
| 7 | 5441 Kietzke Lane |
| | Reno, NV 89511 |
| 8 | Tel: (775) 327-3000 / Fax: (775) 786-6179 |
| 9 | |
| | Craig Stewart* |
| 10 | cstewart@hollandhart.com |
| | Jessica J. Smith* |
| 11 | jjsmith@hollandhart.com |
| | Holland & Hart LLP |
| 12 | 555 17th Street, Suite 3200 |
| | Denver, CO 80202 |
| 13 | Tel: (303) 295-8000 / Fax: (303) 713-6307 |
| 14 | |
| | By: /s/ Mark Rosencrantz |
| 15 | Christopher A. Wright, WSBA #26601 |
| | wright@carneylaw.com |
| 16 | Mark Rosencrantz, WSBA #26552 |
| | rosencrantz@carneylaw.com |
| 17 | CARNEY BADLEY SPELLMAN, P.S. |
| | 701 Fifth Avenue, Suite 3600 |
| 18 | Seattle, WA 98104 |
| 19 | Tel: (206) 622-8020 / Fax: (206) 467-8215 |
| 20 | *Attorneys for Defendant* |
| 21 | |
| | *Admitted pro hac vice* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |

| STIP. TO EXTEND DISPOSITIVE MOTION DEADLINE<br>Case No. 18-cv-05275-RSL | 3 | **EDELSON PC**<br>350 N LaSalle Drive, 14th Floor, Chicago, IL 60654<br>Tel: 312.589.6370 • Fax: 312.589.6378 |
|---|---|---|

# ORDER

The Parties' stipulated motion is GRANTED. The pretrial schedule set forth at Dkt. #227 is hereby AMENDED as follows. The additional deadlines set forth in Dkt. #227 are set forth below for clarity and remain unchanged.

| *TRIAL DATE* | *May 6, 2024 (Dkt. #227)* |
|---|---|
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | January 19, 2024 |
| *All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted.* | *April 8, 2024 (Dkt. #227)* |
| *Agreed pretrial order due* | *April 24, 2024 (Dkt. #227)* |
| *Pretrial conference to be scheduled by the Court* | |
| *Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due* | *May 1, 2024 (Dkt. #227)* |
| *Length of Trial:   5 days* | *Jury (Dkt. #227)* |

IT IS SO ORDERED.

Dated this 15th day of December, 2023.

Robert S. Lasnik
United States District Judge