UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC,<br><br>Defendant. | CASE NO. 3:18-cv-05275-RSL<br><br>ORDER GRANTING LEAVE TO AMEND AND MODIFYING CASE SCHEDULE |

This matter comes before the Court on "Plaintiff's Motion for Leave to Amend and to Modify the Scheduling Order." Dkt. # 250.[1] Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

(1) The December 5, 2023, discovery that defendant transferred ownership of, operation of, and revenue streams from the on-line casino applications at issue in this litigation to a newly-created subsidiary in October 2022 is good cause for an extension of the deadline for amending pleadings as required by Fed. R. Civ. P. 16(b).

(2) Leave to amend the complaint is appropriate under either Fed. R. Civ. P. 15(a) or Fed. R. Civ. P. 20(a)(2).

---

[1] A redacted version of the motion is available at Dkt. # 251 for public viewing.

ORDER GRANTING LEAVE TO AMEND AND
MODIFYING CASE SCHEDULE - 1

(3) Plaintiff shall file an amended complaint in substantially the same form as Dkt. # 252-14 and shall include allegations regarding the citizenship of the members of the defendant LLCs.

(4) Plaintiff shall have until April 19, 2024, to complete limited discovery regarding High 5 Entertainment, in particular the formation of the LLC and its relationship to defendant and the games at issue, the availability of High 5 Entertainment's applications to Washington-based users, High 5 Entertainment's efforts to prevent Washington-based users from accessing the applications, and revenues generated from Washington-based users.

(5) The dispositive motion deadline was January 19, 2024. Dkt. # 244. In order to give High 5 Entertainment an opportunity to seek summary dismissal of the claims plaintiff intends to assert against it and the Court time to rule on that motion before the parties have to file motions in limine, the remaining case management deadlines must be extended. An amended case management order will be entered.

IT IS SO ORDERED.

Dated this 26th day of January, 2024.

Robert S. Lasnik
United States District Judge