UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT, LLC, a New Jersey limited liability company,<br><br>                    Defendants. | NO. C18-5275RSL<br><br>MINUTE ORDER |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

Judge Lasnik recuses himself in the above entitled action and this case is reassigned in rotation to the Honorable Tiffany M. Cartwright. The cause number in this case is changed to **C18-5275TMC** which reflects the initial of the Judge to which this case was reassigned.

DATED this 12th day of February, 2024.

                                                      *s/Victoria Ericksen*
                                                    by Victoria Ericksen, Deputy Clerk
                                                    To Robert S. Lasnik, Judge
                                                    206-370-8517

MINUTE ORDER