The Honorable Tiffany M. Cartwright

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

RICK LARSEN, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

PTT, LLC., a Delaware limited liability company, d/b/a HIGH 5 GAMES, LLC, a Delaware limited liability company, and HIGH 5 ENTERTAINMENT LLC, a New Jersey limited liability company,

*Defendants*.

No. 3:18-cv-05275-TMC

**ORDER GRANTING STIPULATED JOINT MOTION RE: BRIEFING DEADLINES**



EDELSON PC
150 California Street, 18th Floor, San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9495

**ORDER**

The upcoming briefing deadlines for Dkt. 426, 431, 435, and 438 are amended as follows:

| Event | Deadline |
|---|---|
| Dkt. 426 (H5E's Motion for Summary Judgment) | |
| Plaintiff's Response | September 5 |
| H5E's Reply | September 23 |
| Dkt. 431 (H5E's Motion to Exclude Shawn Davis) | |
| Plaintiff's Response | September 5 |
| H5E's Reply | September 23 |
| Dkt. 435 (Plaintiff's Motion for Summary Judgment) | |
| H5E's Response | September 5 |
| Plaintiff's Reply | September 23 |
| Dkt. 438 (Plaintiff's Motion for Permanent Injunction) | |
| Defendants' Response | September 5 |
| Plaintiff's Reply | September 23 |

Additionally, the clerk shall re-note each motion (Dkt. 426, 431, 435, 438) for September 23, 2024, the date each reply brief is due; and the deadline for any motions to seal filed in connection with the September 5, 2024 responses above shall be September 23, 2024.

**IT IS SO ORDERED.**

Dated this 28th day of August, 2024.

TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE



EDELSON PC
150 California Street, 18th Floor, San Francisco, CA 94111
Tel: 415.212.9300 • Fax: 415.373.9495

Presented by:

By: /s/ Brandt Silver-Korn

Todd Logan, WSBA #60698
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Alex Tievsky, WSBA #57125
atievsky@edelson.com
Amy B. Hausmann*
abhausmann@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

By: /s/ Cecily C. Jordan

Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Seventh Avenue, Suite 1700
Seattle, Washington 98101

*Admitted *pro hac vice*

*Class Counsel and Attorneys for Plaintiff*