The Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT LLC, a New Jersey limited liability company,<br><br>                Defendants. | No. 3:18-cv-05275-TMC<br><br>**ORDER GRANTING JOINT MOTION TO EXEND BRIEFING DEADLINES RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

## ORDER

The upcoming briefing deadlines relating to Dkt. #463 (Plaintiff's Motion for Leave to Amend) are amended as follows:

|  | **Currently Due** | **Proposed Deadline** |
|---|---|---|
| **Response in Opposition to Plaintiff's Motion for Leave to Amend** | September 20, 2024 | September 27, 2024 |
| **Reply in Support of Plaintiff's Motion for Leave to Amend** | September 26, 2024 | October 7, 2024 |

IT IS SO ORDERED

Dated this 17th day of September, 2024.

_____

TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

        <u>s/ Christopher A. Wright</u>
Christopher A. Wright, WSBA #26601
Mark Rosencrantz, WSBA #26552
Attorneys for Defendant
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020
E-mail:  wright@carneylaw.com
        rosencrantz@carneylaw.com

 <u>s/ Craig Stewart</u>
Craig Stewart (Admitted *Pro Hac Vice*)
Jessica J. Smith (Admitted *Pro Hac Vice*)
Bria Y. Smith (Admitted *Pro Hac Vice*)
Aja R. Robbins (Admitted *Pro Hac Vice*)
Holland & Hart LLP
555 17th Street, Ste 3200
Denver, CO 80202
Tel: (303) 295-8000
E-mail:  cstewart@hollandhart.com
       jjsmith@hollandhart.com
       bysmith@hollandhart.com
       arrobbins@hollandhart.com

Erik F. Stidham (Admitted *Pro Hac Vice*)
Teague I. Donahey (Admitted *Pro Hac Vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Tel: (208) 342-5000
E-mail: efstidham@hollandhart.com
      tidonahey@hollandhart.com

Robert C. Ryan (*Admitted Pro Hac Vice*)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Tel: (775) 327-3000
E-mail: rcryan@hollandhart.com