The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT LLC, a New Jersey limited liability company,<br><br>Defendants. | NO. 3:18-cv-05275-TMC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING DEADLINES RE: PLAINTIFF'S MOTIONS AT DKT NOS. 477 & 479** |

ORDER GRANTING JOINT MOTION
TO EXTEND BRIEFING DEADLINES
RE: PLAINTIFF'S MOTIONS AT DKT
NOS. 477 & 479 -1
(3:18-CV-05275-TMC)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

# ORDER

The upcoming briefing deadlines relating to Dkt Nos. #477 & 479 are amended as follows:

|  | Pleading | Previous Deadline | Amended Deadline |
|---|---|---|---|
| **Motion for Discovery Sanctions (Dkt. #477)** | Defendants' Response in Opposition | October 4, 2024 | October 11, 2024 |
|  | Plaintiff's Reply in Support | October 10, 2024 | October 24, 2024 |
| **Motion for Order to Show Cause and for Pre-Judgment Writ of Attachment (Dkt. #479)** | Defendants' Response in Opposition | October 4, 2024 | October 11, 2024 |
|  | Plaintiff's Reply in Support | October 10, 2024 | October 24, 2024 |

The Clerk of Court is directed to re-note both motions (Dkt. 477, 479) for the date of the reply brief, October 24, 2024.

**IT IS SO ORDERED**

Dated this 27th day of  September , 2024.

TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION
TO EXTEND BRIEFING DEADLINES
RE: PLAINTIFF'S MOTIONS AT DKT
NOS. 477 & 479 -2
(3:18-CV-05275-TMC)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

Presented by:

**RICK LARSEN**, individually and on behalf of all others similarly situated,

By: */s/ Brandt Silver-Korn*

Todd Logan, WSBA #60698
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
Lauren Blazing*
lblazing@edelson.com
Max Hantel*
mhantel@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Amy B. Hausmann*
abhausmann@edelson.com
Daniel Kieselstein*
dkieselstein@edelson.com
EDELSON PC
350 N LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Cecily C. Jordan, WSBA #50061
cjordan@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Tel: 206.682.5600
*Admitted *pro hac vice*

ORDER GRANTING JOINT MOTION
TO EXTEND BRIEFING DEADLINES
RE: PLAINTIFF'S MOTIONS AT DKT
NOS. 477 & 479 -3
(3:18-CV-05275-TMC)

**HOLLAND & HART LLP**
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869

**DEFENDANTS PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT LLC, a New Jersey limited liability company,**

*s/ Christopher A. Wright*
Christopher A. Wright, WSBA #26601
Mark Rosencrantz, WSBA #26552
Attorneys for Defendant
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Tel: (206) 622-8020
E-mail:  wright@carneylaw.com
         rosencrantz@carneylaw.com

*s/ Aja R. Robbins*
Craig Stewart (Admitted *Pro Hac Vice*)
Jessica J. Smith (Admitted *Pro Hac Vice*)
Bria Y. Smith (Admitted *Pro Hac Vice*)
Aja R. Robbins (Admitted *Pro Hac Vice*)
Holland & Hart LLP
555 17th Street, Ste 3200
Denver, CO 80202
Tel: (303) 295-8000
E-mail:   cstewart@hollandhart.com
          jjsmith@hollandhart.com
          bysmith@hollandhart.com
          arrobbins@hollandhart.com

Erik F. Stidham (Admitted *Pro Hac Vice*)
Teague I. Donahey (Admitted *Pro Hac Vice*)
Holland & Hart LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Tel: (208) 342-5000
E-mail: efstidham@hollandhart.com
        tidonahey@hollandhart.com

Robert C. Ryan (*Admitted Pro Hac Vice*)
Holland & Hart LLP
5441 Kietzke Lane
Reno, NV 89511
Tel: (775) 327-3000
E-mail: rcryan@hollandhart.com

ORDER GRANTING JOINT MOTION
TO EXTEND BRIEFING DEADLINES
RE: PLAINTIFF'S MOTIONS AT DKT
NOS. 477 & 479 -4
(3:18-CV-05275-TMC)

HOLLAND & HART LLP
800 W. MAIN STREET, SUITE 1750
BOISE, ID 83702
TEL: 208.342.5000
FAX: 208.343.8869