UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, doing business as High 5 Games, LLC; HIGH 5 ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 3:18-cv-05275-TMC<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING |

## I.  ORDER

By no later than Friday, January 24, 2025, both parties are directed to file supplemental briefs of no more than 10 pages addressing (1) whether the Seventh Amendment requires a jury to decide whether to award treble damages under the Washington Consumer Protection Act ("CPA") when CPA claims are brought in federal court; and (2) if so, how the jury should be instructed. *See, e.g.*, *F.C. Bloxom Co. v. Fireman's Fund Ins. Co.*, No. C10-1603-RAJ, 2012 WL 5992286, at *3–6 (W.D. Wash. Nov. 30, 2012) (Seventh Amendment requires jury trial on enhanced damages under Washington's Insurance Fair Conduct Act); *Northwestern Mut. Life Ins. Co. v. Koch*, 771 F. Supp. 2d 1253 (W.D. Wash. 2009) (same). The parties may also wish to

review the previous jury instructions and verdict form used by this Court in *Hotel Roslyn LLC v. Amguard Ins. Co.*, No. 2:22-cv-01344-TMC, Dkts. 121, 127, 128, 129.

Alternatively, if both parties agree to submit the question of treble damages to the Court and waive any potential Seventh Amendment right, the parties may submit a stipulation to that effect in lieu of supplemental briefing.

Dated this 14th day of January, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER REQUIRING SUPPLEMENTAL BRIEFING - 2