1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT, LLC, a New Jersey limited liability company,<br><br>Defendants. | No. 3:18-cv-05275-TMC<br><br>**PRETRIAL ORDER** |

## **JURISDICTION**

Jurisdiction is vested in this court by virtue of 28 U.S.C. § 1332(d)(2) because (a) at least one member of the class is a citizen of a state different from Defendants, (b) the amount in controversy exceeds $5,000,000, exclusive of interest and costs, and (c) none of the exceptions under that subsection apply to this action.

## **CLAIMS AND DEFENSES**

Plaintiff will pursue at trial the following claims: (1) violation of Washington's Recovery of Money Lost at Gambling Act ("RMLGA"), RCW § 4.24.070; and (2) violations of Washington's Consumer Protection Act ("CPA"), RCW § 19.86.010 *et seq.*

With respect to Plaintiff's request for treble damages under the CPA, which is a legal issue for the court and should be decided separately from the issues presented to the jury, High 5 Games, LLC ("High 5"), plans to present the defense that its violation of the RMLGA (and thus

PRETRIAL ORDER - 1

the CPA) occurred in good faith under a reasonable belief that it was not improper. *See, e.g.*, *Young v. Whidbey Island Bd. of Realtors*, 638 P.2d 1235, 1239–40 (Wash. 1982).

## ADMITTED FACTS

The following facts are admitted by the parties:

1.      Defendant High 5 Games, LLC ("High 5") develops and licenses software used in physical gambling machines which are operated in casinos and in online gaming.

2.      High 5 also developed social casino game applications.

3.      High 5's social casino game applications were called High 5 Casino and High 5 Vegas.

4.      The Court has found that the virtual coins in High 5's social casino game applications are "things of value" because they extend "the privilege of playing the game."

5.      Plaintiff Larsen represents a class of persons who purchased virtual coins while in Washington while playing High 5 social casino game applications from April 6, 2014 through September 30, 2022.

## ISSUES OF LAW

The following are the issues of law to be determined by the court: *(List 1, 2, 3, etc., and state each issue of law involved.  A simple statement of the ultimate issue to be decided by the court, such as "Is the plaintiff entitled to recover?" will not be accepted.) If the parties cannot agree on the issues of law, separate statements may be given in the pretrial order.*

The Court has already granted Plaintiff's motion for summary judgment as to liability, finding that High 5 violated the Recovery of Money Lost in Gambling Act ("RMLGA") and Consumer Protection Act ("CPA"). *See generally* Dkt. #408. Therefore, the sole issue remaining for trial is damages.[1] The Court previously certified a damages class, which is comprised of

---

[1] Although the Court also previously certified an Injunctive Class, it has recently determined that Plaintiff failed to present any evidence or argument establishing that faced a "sufficiently imminent and substantial" risk of future harm from High 5's products as of the date he sought to represent the class. *See* Dkt. #514 at 17. Because Plaintiff therefore lacks standing to seek

"[a]ll individuals in Washington who purchased virtual casino chips on either High 5 Casino or High 5 Vegas after April 9, 2014." Dkt. #170 at 16. The Court recently concluded that Plaintiff Larsen does not have standing to pursue direct claims against High 5 Entertainment, LLC and thus bifurcated Plaintiff's alter ego and Uniform Voidable Transactions Act claims from the upcoming damages trial. Dkts. ##514–15. Given this ruling, the only damages at issue for the upcoming jury trial are those incurred while High 5 was still operating the social casino games—*i.e.*, until September 30, 2022.

The Damages Class members are entitled to the amount of aggregate damages suffered by the Damages Class and proved by Plaintiff during trial. The Court has already concluded that for the CPA and RMLGA claims: (1) the aggregate damages should be measured by the cumulative value of coins purchased by the Damages Class, and (2) the individual allocations can be handled after trial through a claims procedure after the aggregate amount is proved. Dkt. #408 at 19–20.

Accordingly, the sole remaining issue for trier of fact to determine at the upcoming trial is:

1. Determination of the aggregate value of virtual coins purchased by the Damages Class.

The remaining legal issues for the Court are:

1. Whether Plaintiff and the Class are entitled to an increase in the award of damages, to an amount not more than three times the actual damages sustained, under the Washington CPA?[2]

Finally, on December 12, 2024, the Court granted Plaintiff leave to amend to add claims and allegations pertaining to High 5 Entertainment LLC's alter ego liability for pre-October 1,

---

injunctive relief, injunctive relief is no longer on the table. *See id.* (denying Plaintiff's motion for permanent injunction).

[2] High 5 intends to file a trial brief explaining that, if Plaintiff proves "actual damages"—a precursor to treble damages under the CPA—this issue should be decided in post-trial proceedings.

2022, transactions and a cause of action against Defendants High 5 Games LLC and High 5 Entertainment LLC under the Uniform Voidable Transactions Act. Although issues of law and fact remain to be determined as to such claims, they have been bifurcated from the issues outlined above and their resolution stayed until after the upcoming damages trial.

## EXPERT WITNESSES

None.

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**(a)    On behalf of Plaintiff:**

1. Rick Larsen
   c/o Tousley Brain Stephens, PLLC
   1200 5th Avenue, Suite 1700
   Seattle, WA 98101

Mr. Larsen may be called to testify concerning the details regarding his purchase of virtual chips from Defendant for use in High 5's online casino games.

2. Shawn Davis
   c/o Tousley Brain Stephens, PLLC
   1200 5th Avenue, Suite 1700
   Seattle, WA 98101

Mr. Davis will testify concerning his knowledge of the summaries and calculations he prepared on the data provided by the non-party platforms and High 5, including: (i) the number of virtual chip purchase transactions reflected in the data, (ii) the number of unique purchasers reflected in the data, (iii) the total revenue minus any refunds reflected in the data, and (iv) spending group breakdowns reflected in the data.

3. Custodian of records for non-party Apple, Inc., including Robin Goldberg or another custodian of records for Apple, Inc.

Such custodian may be called to authenticate and provide a foundation for the admission of documents produced by non-party Apple, Inc. at trial.

4. Custodian of records for non-party Google LLC, including Jordan Zuccarello or another custodian of records for Google LLC.

Such custodian may be called to authenticate and provide a foundation for the admission of documents produced by non-party Google LLC at trial.

5. Custodian of records for non-party Meta Platforms, Inc., including Matt Daley or another custodian of records for Meta Platforms, Inc.

Such custodian may be called to authenticate and provide a foundation for the admission of documents produced by non-party Meta Platforms, Inc. at trial.

6. Custodian of records for non-party Amazon.com, Inc., including Theresa Nixon or another custodian of records for Amazon.com, Inc.

Such custodian may be called to authenticate and provide a foundation for the admission of documents produced by non-party Amazon.com, Inc. at trial.

7. Anthony Singer
c/o Holland & Hart, LLP
555 17th Street, Ste 3200
Denver, CO 80202

Mr. Singer may be called to testify regarding High 5's operations and practices, the dollar value of virtual chips High 5 sold to Plaintiff and Class members, and the dollar value of virtual chips that Plaintiff and Class members lost playing at High 5's online casino. Mr. Singer may also be called to testify by deposition.

8. Gino Fratto
c/o Holland & Hart, LLP
555 17th Street, Ste 3200
Denver, CO 80202

Mr. Fratto may be called to testify regarding High 5's operations and practices, the dollar value of virtual chips High 5 sold to Plaintiff and Class members, and the dollar value of virtual chips that Plaintiff and Class members lost playing at High 5's online casino. Mr. Fratto may also be called to testify by deposition.

9. Karl Tangara
c/o Holland & Hart, LLP
555 17th Street, Ste 3200
Denver, CO 80202

Mr. Tangara may be called to testify regarding High 5's operations and practices, the dollar value of virtual chips High 5 sold to Plaintiff and Class members, and the dollar value of virtual chips that Plaintiff and Class members lost playing at High 5's online casino. Mr. Tangara may also be called to testify by deposition.

> 10. Deanna Ishikawa
> c/o Holland & Hart, LLP
> 555 17th Street, Ste 3200
> Denver, CO 80202

Mr. Ishikawa may be called to testify regarding High 5's operations and practices, the dollar value of virtual chips High 5 sold to Plaintiff and Class members, and the dollar value of virtual chips that Plaintiff and Class members lost playing at High 5's online casino. Ms. Ishikawa may also be called to testify by deposition.

> 11. Any witness designated by Defendant High 5 Games, LLC
> c/o Holland & Hart, LLP
> 555 17th Street, Ste 3200
> Denver, CO 80202

Plaintiff and the Class reserve the right to call any witness identified, designated, and/or called by Defendant High 5 Games, LLC on any subject on which they have been designated, disclosed, and previously testified by deposition.

**(b)    On behalf of Defendant High 5 Games, LLC: (follow same format).**

*(As to each witness, expert or others, indicate "will testify," or "possible witness only." Also indicate which witnesses, if any, will testify by deposition. Rebuttal witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial, need not be named.)*

> 1. Rick Larson
> c/o Tousley Brain Stephens, PLLC
> 1200 5th Avenue, Suite 1700
> Seattle, WA 98101
> Possible witness only

Mr. Larson may be called to testify concerning his social casino game habits, his virtual coin purchases, and other issues related to his play on High 5 Casino and other social casino apps.

PRETRIAL ORDER - 6

2.  Sean Wilson
c/o Tousley Brain Stephens, PLLC
1200 5th Avenue, Suite 1700
Seattle, WA 98101
Possible witness only

Mr. Wilson may be called to testify by live testimony or deposition concerning his social casino game habits, his virtual coin purchases, and other issues related to his play on High 5 Casino and other social casino apps, all as included in Defendant's deposition designations for Mr. Wilson.

3.  Anthony Singer
c/o Holland & Hart LLP
555 17th Street, Ste, 3200
Denver, DO 80202

Mr. Singer will be called to testify concerning High 5's formation, its operations and practices, the differences between High 5's real money gaming operations and its social casino apps, High 5's attempts to make its social casino apps unavailable in the State of Washington, High 5's revenue and inability to track revenue received from play in any geographic area including the State of Washington, and all other aspects of the case.

4.  Gino Fratto
c/o Holland & Hart LLP
555 17th Street, Ste, 3200
Denver, DO 80202
Possible witness only

Mr. Fratto may be called to testify concerning High 5's operations and practices, its content development, its business model, and the High 5 Casino and High 5 Vegas player experience.

4.  Chris Armes
c/o Holland & Hart LLP
555 17th Street, Ste, 3200
Denver, DO 80202
Possible witness only

PRETRIAL ORDER - 7

Mr. Armes may be called to testify to explain High 5's internal revenue tracking procedures, its attempts to utilize IP-address-based geolocation, and the shortfalls of the technology.

*(As to each witness, expert or others, indicate "will testify," or "possible witness only." Also indicate which witnesses, if any, will testify by deposition. Rebuttal witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial, need not be named.)*

## EXHIBITS

Identify each exhibit with a number, which becomes the number for the exhibit at the trial and appears on the exhibit tag with the following information in table format:

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1 | Data produced by Apple Inc. [APL-WILSON_00220265] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 2 | Data produced by Apple Inc. [APL-WILSON_00220267] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 3 | Data produced by Apple Inc. [APL-WILSON_00220268] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 4 | Data produced by Apple Inc. [APL-WILSON_00220269] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 5 | Data produced by Google Inc. [GOOGLE-LARSEN_000001] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 6 | Data produced by Meta Platforms, Inc. [META-LARSEN_000001] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |

| 7 | Data produced by Meta Platforms, Inc. [META-LARSEN_000005] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 8 | Data produced by Amazon [AMAZON-LARSEN_000001] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 9 | Data produced by Amazon [AMAZON-LARSEN_000002] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 10 | Data produced by Amazon [AMAZON-LARSEN_000005] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 11 | Data produced by Amazon [AMAZON-LARSEN_000006] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 12 | 1/19/2024 Declaration of Shawn Davis [Dkt. 278] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 13 | 5/24/2024Third Supplemental Declaration of Shawn Davis [Dkt. 437-12] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 14 | Transaction data [HIGH5_000036] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803 | |
| 15 | Transaction data [HIGH5_000037] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803 | |
| 16 | 1/19/2024 Declaration of Records Custodian for Amazon [Dkt. 277-21] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 17 | 1/19/2024 Declaration of | Disputed | Disputed | E, F, MIL; FRE 403, 602, | |

| | | | | | |
|---|---|---|---|---|---|
| | | Records Custodian for Apple [Dkt. 275-8] | | | 801, 803, 901, 1006 | |
| 18 | 1/19/2024 Declaration of Records Custodian for Google [Dkt. 277-15] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 19 | 1/19/2024 Declaration of Records Custodian for Meta [Dkt. 275-10] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 20 | 4/24/2024 Second Declaration of Records Custodian for Amazon | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 21 | 7/25/2024 Supplemental Declaration of Records Custodian for Meta [Dkt. 437-11] | Disputed | Disputed | E, F, MIL; FRE 403, 602, 801, 803, 901, 1006 | |
| 22 | iPad containing copy of Social Casino game, lodged with the Court on 7.27.2020. [Dkt. 437-11] | Disputed | Disputed | FRCP 26 | |
| 23 | 12/18/2013 Email chain between Gino Fratto, Elaine Ogden, Anurag Sharma and others re: Unable to block player from coin store [HIGH5_00001718– HIGH5_001719] | Stipulated | Disputed | E, F, MIL FRE 401, 403, 701, 702, 801, 803, 805 | |
| 24 | 04/16/2014 Email chain between Patrick Benson, Anthony Singer, | Stipulated | Disputed | FRE 401, 403 | |

PRETRIAL ORDER - 10

| | | | | | |
|---|---|---|---|---|---|
| | Deanna Ishikawa, and others re: Targeting Slotomania Monetizers (1 attachment) [HIGH5_00145089– HIGH5_145096] | | | | |
| 25 | 03/10/2015 Email chain between Gian-Mical Gallerani, Gino Fratto, Patrick Benson, and Drazen Pantic re: 1.23 Coin Store Issue [HIGH5_02539119 –HIGH5_02539119] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| 26 | 12/03/2015 Email chain between Michael Grundvig, Gian-Mical Galleranie, Brian Nakamura, Lorin Jameson, Gino Fratto and others re: Economy Changes and Much More [HIGH5_02532327 –HIGH5_02532336] | Stipulated | Disputed | FRE 401, 403 | |
| 27 | 12/11/2015 Email chain between Patrick Benson, Karl Tangara, Deanna Ishikawa, and others re: Fradulent Charges on Mastercard ending in 0690 [HIGH5_00146738– HIGH5_146742] | Stipulated | Disputed | E, F, MIL FRE 401, 403, 701, 702, 801, 803, 805 | |
| 28 | 12/29/2015 Task Email from Deanna Ishikawa to Kori Valz re: [JIRA] {DM-48} Minnows, | Stipulated | Disputed | MIL, FRE 401, 403 | |

| | | | | | |
|---|---|---|---|---|---|
| | | Dolphins, & Whales Information [HIGH5_02671276 –HIGH5_02671276] | | | | |
| 29 | 01/08/2016 Email chain between Patrick Benson, Brian Nakamura, Deanna Ishikawa, and Karina Avellaneda re: Android [HIGH5_02671306 –HIGH5_02671307] | Stipulated | Disputed | F, MIL FRE 401, 403, 801, 803 | |
| 30 | 01/08/2016 Compilation of User Profiles [HIGH5_02671869 –HIGH5_02671873] | Stipulated | Disputed | FRE 401, 403, 801, 803 | |
| 31 | 02/18/2016 Draft Agenda for High 5 Games Executive Team Summit on February 22 and 23 [HIGH5_03871507 –HIGH5_03871511] | Stipulated | Disputed | FRE 401, 403 | |
| 32 | 03/28/2016 Club High 5 Proposal [HIGH5_00002202– HIGH5_002214] | Stipulated | Disputed | FRE 401, 403 | |
| 33 | 05/11/2016 Email chain between Brian Noto, Anthony Singer, and Graham Fuchs re: eCommerce Market Convergence in Action: Social Casinos and Real Money Gambling [HIGH5_00002033– HIGH5_002034] | Stipulated | Disputed | FRE 401, 403, 801, 803 | |

| | 34 | 08/31/2016 Email chain between Deanna Ishikawa, Ivan Rankenburg and Deanna Ishikawa re: Whale report [HIGH5_02672429 –HIGH5_02672430] | Stipulated | Disputed | MIL, FRE 401, 403 | |
|---|---|---|---|---|---|---|
| | 35 | 09/29/2016 Email from Ivan Rankenburg to Patrick Benson, and copying Deanna Ishikawa re: Whale report [HIGH5_02671771 –HIGH5_02671772] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| | 36 | 12/20/2016 Email chain between Ivan Rankenburg, Patrick Benson, Oleg Simonov, and others re: High 5 Vegas Coin Store [HIGH5_02539397– HIGH5_02539403] | Stipulated | Disputed | FRE 401, 403 | |
| | 37 | 01/19/2017 Zendesk message from Customer requesting closure of account due to gambling addiction [HIGH5_03245025 –HIGH5_03245026] | Stipulated | Disputed | E, F, MIL, FRE 401, 403, 701, 702, 801, 803, 805 | |
| | 38 | 02/03/2017 Email from Mariya Padalk to Carolina Ocampo, Cathering Conde, Gino Fratto and others re: Campaign Brain Storms (Meeting Minutes 2/3/17) | Stipulated | Disputed | MIL, FRE 401, 403 | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_02540416–HIGH5_02540417] | | | | |
| 39 | 02/08/2017 Email chain between Patrick Benson, Carolina Ocampo and others re: RevOps Update for Review (2 attachments) [HIGH5_00144197–HIGH5_144202] | Stipulated | Disputed | FRE 401, 403 | |
| 40 | 02/08/2017 Email chain between Gian-Mical Gallerani, Patrick Benson, Mariya Padalk, and Deanna Ishikawa re: RevOps Status 001 [HIGH5_02671379–HIGH5_02671380] | Stipulated | Disputed | FRE 401, 403 | |
| 41 | 02/08/2017 Email from Patrick Benson to Mariya Padalko, Gian-Mical Gallerani and Carolina Ocampo, and copying Deanna Ishikawa and Lori Poalillo re: RevOps Update for Review (1 attachment) [HIGH5_02870046–HIGH5_02870049] | Stipulated | Disputed | FRE 401, 403 | |
| 42 | 02/16/2017 Task email from Carolina Ocampo to Deanna Ishikawa re: [JIRA] {REVOPS-246} Engagements: $10 package gift for 30D+ state monets/60D+ stale monet whales | Stipulated | Disputed | MIL, FRE 401, 403 | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_02671441 –HIGH5_02671442] | | | | |
| 43 | 02/22/2017 Task email from Christopher Bate (Jira) to Danna Ishikawa re: [JIRA] {REVOPS-246} Engagement: $10 package gift for 30D+ state montes/60D+ stale monet whales [HIGH5_02671438 –HIGH5_02671438] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| 44 | 02/24/2017 Email from Louis Costantini to Catherine Conde, and Gian-Mical Gallerani, copying Karina Avellaneda re: Email Apprval for Today [HIGH5_02665592 –HIGH5_02665595] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| 45 | 03/30/2017 Email chain between Anthony Singer and Patrick Benson, and copying Deanna Ishikawa re: Tournament Winners [HIGH5_02671377 –HIGH5_02671378] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| 46 | 07/19/2017 Email chain between Brian Noto, Susan Stein, Anthony Singer, and others re: High 5 Strategy - Director's Meeting | Stipulated | Disputed | FRE 401, 403, 801, 803, 805 | |

| | | [HIGH5_00002437–HIGH5_002440] | | | | |
|---|---|---|---|---|---|---|
| | 47 | 09/25/2017 Email chain between Patrick Benson, Anthony Singer and others re: A Couple of Follow Ups [HIGH5_00142342–HIGH5_142344] | Stipulated | Disputed | FRE 401, 403 | |
| | 48 | 03/22/2018 High5 Games RevOps Social Casino Report [HIGH5_00029192–HIGH5_029214] | Stipulated | Disputed | FRE 401, 403 | |
| | 49 | 07/27/2018 Email from Laura Pai to Deanna Ishikawa, and copying Linday Choy re: Stale Whale Monetizers (Gift Effort) (2 attachments) [HIGH5_02668713–HIGH5_02668725] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| | 50 | 10/17/2018 Email chain between Patrick Benson, Gino Fratto, and others re: Social Monetization [HIGH5_02673839–HIGH5_02673841] | Stipulated | Disputed | MIL, FRE 401, 403 | |
| | 51 | 11/08/2018 High 5 Casino B2C Annual Operational Plan 2019 [HIGH5_03178064–HIGH5_03178086] | Stipulated | Disputed | FRE 401, 403 | |
| | 52 | 03/06/2019 Memo re: Responsible Gambling | Stipulated | Disputed | FRE 401, 403 | |

| | | | | | |
|---|---|---|---|---|---|
| | | [HIGH5_03864507–HIGH5_03864510] | | | |
| | 53 | 07/26/2019 Task Email from Christopher Bate (Jira) to Samanth Wood re: [JIRA] {DM-2428} Pull User ID and Monetization for canvas users with a 10K spend or higher that have not logged into H5C since 7/23/19 [HIGH5_02665116–HIGH5_02665116] | Stipulated | Disputed | F, MIL, FRE 401, 403 |
| | 54 | 08/08/2019 Email from Gino Fratto to Brian Nakamura, Kelli Trogani, Janine Cotter, Brian Abrams and others re: B2C Revenue Workshop Tableau Charts [HIGH5_02539642–HIGH5_02539643] | Stipulated | Disputed | MIL, FRE 401, 403 |
| | 55 | 08/08/2019 Email from Gino Fratto to Brian Nakamura, Kelli Trogani, Janine Cotter, Brian Abrams and others re: B2C Weekly Revenue Workshop Tableau Charts [HIGH5_02540328–HIGH5_02540328] | Stipulated | Disputed | MIL, FRE 401, 403 |
| | 56 | 08/22/2019 Email from Samantha Wood to Laura Pai and Deanna Ishikawa re: Whale Device Replacement | Stipulated | Disputed | F, MIL, FRE 401, 403 |

| | | | | | |
|---|---|---|---|---|---|
| | Activity (1 attachment [HIGH5_02671568 –HIGH5_02671571] | | | | |
| 57 | 09/03/2019 Email chain between David Evans, Samantha Wood, Gino Fratto and others re: Whales who received Device Replacement [HIGH5_02539604 –HIGH5_02539607] | Stipulated | Disputed | MIL, FRE 401, 403, 801, 803, 805 | |
| 58 | 09/10/2019 Email from Laura Pai to Deanna Ishikawa re: tableau chart [HIGH5_02672195 –HIGH5_02672195] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
| 59 | 09/01/2020 Email by Laura Pai re: Social Whale Projects [HIGH5_02668273 –HIGH5_02668273] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
| 60 | 09/06/2020 Zendesk message from Customer requesting closure of account due to gambling addiction [HIGH5_02917351 –HIGH5_02917351] | Stipulated | Disputed | E, F, MIL, FRE 401, 403, 701, 702, 801, 803, 805 | |
| 61 | 10/02/2020 Task Email from Laura Pai (Jira) to Timothy Markowicz re: [JIRA] Updates for DM-3287: Whale List to Send High Min Bet Exclusive Game [HIGH5_02668599 –HIGH5_02668600] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |

| 62 | 10/12/2020 Email chain between Diego Rainis and Laura Pai re: Whales - inactive (1 attachment) [HIGH5_02668299 –HIGH5_02668303] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
|---|---|---|---|---|---|
| 63 | 10/12/2020 Email from Yana Tsyganova to Laura Pai, and copying Diego Rainis ree: Whales - inactive [HIGH5_02668921 –HIGH5_02668921] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
| 64 | 10/16/2020 Email chain between Laura Pai, Timothy Markowicz, and Diego Rainis re: Whale Campaign: Serve Exclusive Game [HIGH5_02668935 –HIGH5_02668944] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
| 65 | 10/26/2020 Task Email from Caitlin O'Malley to Timothy Markowicz re [JIR]} Updates for DM-3338: List: Serve Games to Whale Monetizers [HIGH5_02667328 –HIGH5_02667329] | Stipulated | Disputed | F, MIL, FRE 401, 403 | |
| 66 | 10/28/2020 Email from Caitlin O'Malley to Samantha Wood and Denise Castillo, and copying Laura Pai re: High Roller Serve Games to Whale Monetizers Promotion | Stipulated | Disputed | F, MIL, FRE 401, 403 | |

| | | | | | |
|---|---|---|---|---|---|
| | | [HIGH5_03124026<br>–HIGH5_03124027] | | | |
| 67 | | 12/03/2020 Task Email from Caitlin O'Malley to Adam Steele re [JIRA] Updates for DM-3414: List: Serve Games to Whale Monetizers 12/00 [HIGH5_01477847 –HIGH5_01477848] | Stipulated | Disputed | F, MIL, FRE 401, 403 |
| 68 | | 12/22/2021 Email from Nicholas Chin to Anthony Singer, Carl Hallam, Husniye Temocin, and Joe Centineo re: Reward access / Whale boosted spins - 11/22 1045 am [HIGH5_02670337 –HIGH5_02670337] | Stipulated | Disputed | MIL, FRE 401, 403 |
| 69 | | 03/08/2023 Chat between Alina Shymanska, Dmytro Skilarov re: disabling customer's ability to buy credits due to gambling addiction [HIGH5_03387037– HIGH5_03387038] | Stipulated | Disputed | F, MIL, FRE 401, 403, 801, 803, 805 |
| 70 | | 08/11/2023 Chat between Naigell Beckford, Claudia V (Lila), and Lisa Husniye re: customer's request for a refund because of gambling addiction [HIGH5_03388486– HIGH5_03388500] | Stipulated | Disputed | E, F, MIL, FRE 401, 403, 701, 702, 801, 803, 805 |

| 71 | 11/05/2023 Chat between Husniye Lisa, Diego Raini, and Anthony Singer re: removal of limit [HIGH5_03379830 –HIGH5_03379834] | Stipulated | Disputed | FRE 401, 403 | |

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 500 | Washington State Gambling Commission Guidance to Online Social Gaming | Disputed | Disputed | FRE 401, 402, 702, 801, 802, F, | |
| 501 | High 5 Games, LLC and Subsidiary Consolidated Financial Statements December 31, 2014 and 2013 [HIGH5_04012146-HIGH5_04012167] | Stipulated | Stipulated | | |
| 502 | High 5 Games, LLC and Subsidiary Consolidated Financial Statements December 31, 2015 and 2014 [HIGH5_00936725-HIGH5_00936745] | Stipulated | Stipulated | | |
| 503 | High 5 Games, LLC and Subsidiary Consolidated Financial Statements December 31, 2016 and 2015 [HIGH5_00936746-HIGH5_00936764] | Stipulated | Stipulated | | |
| 504 | High 5 Games, LLC and Subsidiary Consolidated Financial Statements December 31, 2017 and 2016 | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_00936765-HIGH5_00936784] | | | | |
| 505 | 4/17/2018 Washington State Gambling Commission Article - "Director's statement regarding Ninth Circuit Court of Appeals' published decision in Kater v. Churchill Downs" | Disputed | Disputed | FRE 401, 402, 702, 801, 802, F, E | |
| 506 | High 5 Games, LLC and Subsidiaries Consolidated Financial Statements December 31, 2018 and 2017<br><br>[HIGH5_00936785-HIGH5_00936804] | Stipulated | Stipulated | | |
| 507 | 8/25/2019 - 8/26/2019 Payment confirmations to High 5 Casino Real Slots<br><br>[LARSEN_000002] | Stipulated | Stipulated | | |
| 508 | 10/23/2019 Sean Wilson Tweet | Disputed | Disputed | FRE 401, 402, 403, 801, 802 | |
| 509 | 11/1/2019 Sean Wilson Tweet | Disputed | Disputed | FRE 401, 402, 403, 801, 802 | |
| 510 | High 5 Games, LLC and Subsidiaries Consolidated Financial Statements December 31, 2019 and 2018<br><br>[HIGH5_00936805-HIGH5_00936824] | Stipulated | Stipulated | | |
| 511 | High 5 Games, LLC and Subsidiaries Consolidated Financial Statements for December 31, 2020 and 2019 | Stipulated | Stipulated | | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_00936825 – HIGH5_00936844] | | | | |
| 512 | 8/21/2022 Zendesk Ticket #438816 re "I don't live in Washington"<br><br>[HIGH_151152 – HIGH5_151154 | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 513 | 10/3/2022 Zendesk Ticket #440508 re "Why can't I play some games"<br><br>[HIGH5_151378-HIGH5_151379] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 514 | 10/21/2022 Zendesk Ticket #441009 re "Unable to make purchases"<br><br>[HIGH5_151233 – HIGH5_151235] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 515 | 11/3/2022 Zendesk Ticket #441294 re "Unable to make purchases"<br><br>[HIGH5_151261] | Disputed | Disputed | FRE 401, 402, 801, 802 | |
| 516 | 11/10/2022 Zendesk Ticket #441584 re "not able to log in"<br><br>[HIGH5_151240-HIGH5_151242] | Disputed | Disputed | FRE 401, 402, 801, 802 | |
| 517 | 11/13/2022 Zendesk Ticket #441799 re "Live in Oregon"<br><br>[HIGH5_151224 – HIGH5_151225] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 518 | 11/15/2022 Zendesk Ticket #441941 re "Oregon"<br><br>[HIGH5_151630 – HIGH5_151631] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| 519 | 11/15/2022 Zendesk Ticket #441918 re "Playing games" [HIGH5_151633] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 520 | 11/20/2022 Zendesk Ticket #442140 re "Can't sign in" [HIGH5_151390] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 521 | 11/20/2022 Zendesk Ticket #442150 re "High five casino disabled in my region?" [HIGH5_151579] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 522 | 11/25/2022 Zendesk Ticket #442381 re "No access to High 5 casino" [HIGH5_151609-HIGH5_151610] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 523 | 12/2/2022 Zendesk Ticket #442635 re "high 5 game" [HIGH5_151264] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 524 | 12/15/2022 Zendesk Ticket #442986 re "Some problems" [HIGH5_151355 – HIGH5_151356] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 525 | 12/16/2022 Zendesk Ticket #443031 re "Not allowed to play after 12 years of playing." [HIGH5_151591 – HIGH5_151592] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 526 | 12/21/2022 Zendesk Ticket #443157 re "Cannot Access High 5" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_151269 – HIGH5_151270] | | | | |
| 527 | High 5 Games, LLC and Subsidiaries Consolidated Financial Statements December 31, 2022 and 2021<br><br>[HIGH5_00936541 – HIGH5_00936560] | Stipulated | Stipulated | | |
| 528 | 1/11/2023 Zendesk Ticket #443727 re "Not available in my area"<br><br>[HIGH5_151246] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 529 | 1/15/2023 Zendesk Ticket #443834 re "High five sasino disabled in my region?"<br><br>[HIGH5_151643 – HIGH5_151644] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 530 | 1/19/2023 Zendesk Ticket #443979 re "Can't login to your game"<br><br>[HIGH5_151375] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 531 | 2/11/2023 Zendesk Ticket #444847 re "I am unable to login to High 5 Casino"<br><br>[HIGH5_151369-HIGH5_151370] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 532 | 4/16/2023 Zendesk Ticket #461283 re "Washington state"<br><br>[HIGH5_04010905] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 533 | 4/17/2023 Zendesk Ticket #461743 re "game will not load on pc and phone" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| | [HIGH5_151491] | | | | |
| 534 | 4/23/2023 Zendesk Ticket #464993 re "Sign up" [HIGH5_151223] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 535 | 5/5/2023 Zendesk Ticket #468828 re "Locked" [HIGH5_151272] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 536 | 5/6/2023 Zendesk Ticket #469467 re "Shut out" [HIGH5_151244] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 537 | 5/27/2023 Zendesk Ticket #477784 re "Your game states I cannot play due to region" [HIGH5_151619] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 538 | 6/7/2023 Zendesk Ticket #481345 re "Purchasing" [HIGH5_151357 – HIGH5_151369] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 539 | 6/16/2023 Zendesk Ticket #484255 re "Can't play" [HIGH5_151255] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 540 | 6/20/2023 Zendesk Ticket #485373 re "GC an SC unavailable after I went into Washington st." [HIGH5_151647] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 541 | 7/19/2023 High 5 Games email to rickll53@yahoo.com re "Wow 3 BILLON | Stipulated | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| | Surprise Gift Coins For You!" [LARSEN_000236 – LARSEN_000243] | | | | |
| 542 | 7/25/2023 Responsible Social Gameplay Policy | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 543 | 7/29/2023 Zendesk Ticket #501440 re "Casino" [HIGH5_151603] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 544 | 10/6/2023 Plaintiff's Objections and Responses to Defendant High 5 Games, LLC's First Set of Interrogatories to Plaintiff Rick Larsen | Stipulated | Disputed | FRE 401, 402 | |
| 545 | 2/9/2024 Declaration of Shawn Davis | Stipulated | Stipulated | | |
| 546 | 2/16/2024 Supplemental Declaration of Shawn Davis | Stipulated | Disputed | FRE 401, 402 | |
| 547 | 2/22/2024 Zendesk Ticket #593409 [HIGH5_151567] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 548 | 4/19/2024 Plaintiff's Objections and Responses to Defendant High 5 Entertainment LLC's First set of Interrogatories to Plaintiff Rick Larsen | Stipulated | Disputed | FRE 401, 402 | |
| 549 | 5/7/2024 Defendant High 5 Entertainment LLC's Supplemental Responses to Plaintiff's First Set of Requests for Production | Stipulated | Disputed | FRE 401, 402, 801, 802 | |

| 550 | 5/8/2024 Second Supplemental Declaration of Shawn Davis | Stipulated | Disputed | FRE 401, 402 | |
|-----|-----|-----|-----|-----|---|
| 551 | IP Address Spreadsheet (HIGH5_03862058) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 552 | IP Address Spreadsheet (HIGH5_03862059) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 553 | IP Address Spreadsheet (HIGH5_03862060) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 554 | IP Address Spreadsheet (HIGH5_03862061) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 555 | IP Address Spreadsheet (HIGH5_03862062) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 556 | IP Address Spreadsheet (HIGH5_03862063) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 557 | IP Address Spreadsheet (HIGH5_03862064) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 558 | IP Address Spreadsheet (HIGH5_03862065) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 559 | IP Address Spreadsheet (HIGH5_03862066) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 560 | IP Address Spreadsheet (HIGH5_03862067) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 561 | IP Address Spreadsheet | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| | (HIGH5_03862068) | | | | |
| 562 | IP Address Spreadsheet (HIGH5_03862069) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 563 | IP Address Spreadsheet (HIGH5_03862070) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 564 | IP Address Spreadsheet (HIGH5_03862071) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 565 | IP Address Spreadsheet (HIGH5_03862072) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 566 | IP Address Spreadsheet (HIGH5_03862073) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 567 | IP Address Spreadsheet (HIGH5_03862074) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 568 | IP Address Spreadsheet (HIGH5_03862075) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 569 | IP Address Spreadsheet (HIGH5_03862076) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 570 | IP Address Spreadsheet (HIGH5_03862077) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 571 | IP Address Spreadsheet (HIGH5_03862078) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 572 | IP Address Spreadsheet (HIGH5_03862079) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 573 | IP Address Spreadsheet | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| | | | | | |
|---|---|---|---|---|---|
| | (HIGH5_03862080) | | | | |
| 574 | IP Address Spreadsheet (HIGH5_03862081) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 575 | IP Address Spreadsheet (HIGH5_03862082) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 576 | IP Address Spreadsheet (HIGH5_03862083) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 577 | IP Address Spreadsheet (HIGH5_03862084) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 578 | IP Address Spreadsheet (HIGH5_03862085) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 579 | IP Address Spreadsheet (HIGH5_03862086) | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 580 | 5/24/2024 Expert Report of Shawn Davis | Stipulated | Stipulated | | |
| 581 | 5/24/2024 Shawn Davis CV | Stipulated | Stipulated | | |
| 582 | Sean Wilson User Profile [HIGH5_000001 – HIGH5_000007] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 583 | Spreadsheet of Sean Wilson's accessed lobby spins in High 5 Casino games [HIGH5_000014] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 584 | Spreadsheet of Sean Wilson's spins [HIGH5_000016] | Disputed | Disputed | FRE 401M 402, 801, 802, F | |

| 585 | Sean Wilson's LinkedIn page | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
|---|---|---|---|---|---|
| 586 | Rick Larsen Payment History<br><br>[LARSEN_000003 – LARSEN_000233] | Stipulated | Stipulated | | |
| 587 | High 5 Games LLC's Terms of Use<br><br>[HIGH5_000029 – HIGH5_000034] | Disputed | Disputed | FRE 401, 402, 801, 802 | |
| 588 | High 5 Casino website - Unable to Login<br><br>[LARSEN_000001] | Stipulated | Disputed | FRE 401, 402 | |
| 589 | Rick Larsen bank statements - Payments made to Facebook<br><br>[LARSEN_000234 – LARSEN_000235] | Stipulated | Stipulated | | |
| 590 | Rick Larsen User Profile<br><br>[HIGH5_151083 – HIGH5_151087] | Stipulated | Stipulated | | |
| 591 | Rick Larsen High 5 Purchases<br><br>[HIGH5_04016766] | Stipulated as to PDF provided | Stipulated as to PDF provided | | |
| 592 | Rick Larsen Transaction History (redacted version)<br><br>[LARSEN 000285-LARSEN_000462] | Stipulated | Stipulated | | |
| 593 | Screenshot of High 5 Casino player registration page showing Washington removed from drop down menu<br><br>[HIGH5_151213] | Disputed | Disputed | FRE 401, 402, 801, 802, F | |

| 594 | High 5 Casino Screenshot | Disputed | Disputed | FRE 401, 402, F | |
| 595 | High 5 Vegas Screenshot | Disputed | Disputed | FRE 401, 402, F | |
| 596 | Double Da Vinci Diamonds Screenshot | Disputed | Disputed | FRE 401, 402, F | |
| 597 | High 5 Games' Game Library | Disputed | Disputed | FRE 401, 402, F | |
| 598 | Screenshot of Double DaVinci Diamonds game in Demo Play Mode | Disputed | Disputed | FRE 401, 402, F | |
| 599 | Screenshot of App in Demo Play | Disputed | Disputed | FRE 401, 402, F | |
| 600 | Screenshot of "Golden Peony" game in "Demo Play" mode | Disputed | Disputed | FRE 401, 402, F | |
| 601 | IP Data Spreadsheet | Disputed | Disputed | FRE 401, 402, 602, 801, 802, E, F, | |
| 602 | High 5's FAQ webpage "How do I get free coins" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 603 | High 5's FAQ webpage "Daily Bonus" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 604 | High 5's FAQ webpage "Is there a reward for playing every day?" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 605 | High 5's FAQ webpage "Daily Wheel" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 606 | High 5's FAQ webpage "Can I play any of the casinos for real money?" | Disputed | Disputed | FRE 401, 402, 801, 802, F | |
| 607 | Sean Wilson's Spin History | Disputed | Disputed | FRE 401, 402, 403, 801, 802, F | |

| 608 | Apple Billing Reports [HIGH5_03245487 – HIGH5_03245488] | Disputed | Disputed | Illegible, FRE 401, 402, 801 802 | |
|-----|---------|----------|----------|-----------|--|
| 609 | Amazon – Apple – Google – Facebook Earnings 2021 [HIGH5_03245489] | Disputed | Disputed | FRE 401, 402, 801 802, F | |
| 610 | Amazon – Apple – Google – Facebook Earnings 2022 [HIGH5_03245490] | Disputed | Disputed | FRE 401, 402, 801 802, F | |
| 611 | Amazon – Apple – Google – Facebook Earnings 2023 [HIGH5_03245491] | Disputed | Disputed | FRE 401, 402, 801 802, F | |
| 612 | Revenue by Product Type - Google [HIGH5_03245492] | Disputed | Disputed | FRE 401, 402, 801 802, F | |
| 613 | Meta Remittance [HIGH5_03245493] | Disputed | Disputed | FRE 401, 402, 403, 801, 802, F | |
| 614 | 4/2/2018 Retention Agreement between Sean Wilson and Edelson PC | Stipulated | Disputed | FRE 401, 402, 403, 801, 802, F | |

## Statement as to Electronic Format

Defendant plans to present its exhibits in electronic format to the jurors.

## The Parties' Objection Code:

| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
|---|---|
| F | Lack of foundation |
| MIL | Subject of Motion in Limine |

In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed". If "Disputed", identify the objection in the Objection column. An objection based on a Fed. R. Evid. should reference the rule number; additional objections should be referenced by a code that the parties include with the exhibit list. The "Admitted" column is for use by the Court. (No party is required to list any exhibit which is listed by another party, or any exhibit to be used for impeachment only. *See* LCR 16 for further explanation of numbering of exhibits).

## ACTION BY THE COURT

(a)    This case is scheduled for trial before a jury on February 3, 2025, at 9:00 a.m.

(b)    Trial briefs shall be submitted to the court on or before January 13, 2025.

(c)    Jury instructions requested by either party shall be submitted to the court on or before January 13, 2025. Suggested questions of either party to be asked of the jury by the court on voir dire shall also be submitted to the court on or before January 13, 2024.

(d)    (Insert any other ruling made by the court at or before pretrial conference.)

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

Dated this 29th day of January, 2025.

Judge Tiffany M. Cartwright
United States District Judge

PRETRIAL ORDER - 34