**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PTT, LLC, doing business as High 5 Games, LLC,<br><br>Defendant. | Case No. 3:18-cv-05275-TMC<br><br>VERDICT FORM |

We, the jury, answer the questions that the Court submitted as follows:

**Question 1:**

What is the amount of actual damages proven by Plaintiff Larsen individually?

$ 74,705.0

**Question 2:**

What is the amount of actual damages proven by the Class?

$ 17,742,855.64

VERDICT FORM - 1

**ORIGINAL**

**Question 3:**

If you find that Plaintiff Larsen should receive enhanced damages under the Consumer Protection Act, please write the amount of enhanced damages you find should be awarded. This amount cannot be more than twice the amount you wrote in response to Question 1.

$ 4,183.48

**Question 4:**

If you find that the Class should receive enhanced damages under the Consumer Protection Act, please write the amount of enhanced damages you find should be awarded. This amount cannot be more than twice the amount you wrote in response to Question 2.

$ 7,185,856.53

Dated  2/7 , 2025.



VERDICT FORM - 2