## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>PTT, LLC, doing business as High 5 Games, LLC<br><br>　　　　　　　　Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 3:18-cv-05275-TMC |

☒  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to Federal Rule of Civil Procedure 54(b), the Court enters final judgment on the following claims only:

For Plaintiff's claims against Defendant PTT, LLC (d/b/a High 5 Games, LLC) under the Recovery of Money Lost at Gambling Act, RCW 4.24.070, and the Washington Consumer Protection Act, RCW 19.86.090, the Court enters judgment in favor of Plaintiff Rick Larsen and against Defendant PTT, LLC in the amount of $11,653.98; and in favor of the Damages Class and against Defendant PTT, LLC in the amount of $24,928,712.17.

　　Dated June 11, 2025.

Ravi Subramanian
Clerk of Court

/s/Courtroom Deputy
Deputy Clerk
