The Honorable Tiffany M. Cartwright

'

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICK LARSEN, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff<br><br>                    vs.<br><br>PTT, LLC (d/b/a HIGH 5 GAMES, LLC), a Delaware limited liability company, and HIGH 5 ENTERTAINMENT, LLC, a New Jersey limited liability company,<br><br>                                        Defendants. | No. 3:18-cv-05275-TMC<br><br>ORDER SETTING CASE DEADLINES AND TRIAL DATE |

## CASE DEADLINES, PRETRIAL & TRIAL DATES

| EVENT | RELATED DKT. | UPDATED DEADLINE |
|---|---|---|
| Noting date for Defendant High 5 Games, LLC's Motion for Judgment as a Matter of Law Under Rule 50(b) and Alter or Amend Judgment Under Rule 59(e) or for a New Trial | Dkt. #643 | 01/22/26 |
| Noting date for Plaintiff's Motion to Amend Judgment to Comply with Rule 23 | Dkt. #644 | 01/22/26 |
| Noting date for Plaintiff's Motion for Prejudgment Interest | Dkt. #645 | 01/22/26 |

SCHEDULING ORDER – 1

| | | |
|---|---|---|
| Deadline for class-certification-related motions | Dkt. #641 | 01/22/26 |
| Deadline for class-certification-related responses | Dkt. #641 | 02/12/26 |
| Deadline for class-certification-related replies | Dkt. #641 | 02/19/26 |
| Plaintiffs' Response Re: Motion to Seal | Dkt. #665 | 02/05/26 |
| Defendants' Reply Re: Motion to Seal | Dkt. #665 | 02/12/26 |
| Plaintiffs' Response Re: Defendants' Motion to Stay Enforcement of Judgment | Dkt. #668 | 02/05/26 |
| Defendants' Reply Re: Motion to Stay Enforcement of Judgment | Dkt. #668 | 02/12/26 |
| Plaintiffs' Response Re: Motion to Seal the Decl. of Gino Fratto | Dkt. #670 | 02/05/26 |
| Defendants' Reply Re: Motion to Seal the Decl. of Gino Fratto | Dkt. #670 | 02/12/26 |
| Plaintiffs' Response Re: Defendants' Rule 60 Motion for Relief from Judgment | Dkt. #671 | 02/05/26 |
| Defendants' Reply Re: Rule 60 Motion for Relief from Judgment | Dkt. #671 | 02/12/26 |
| Disclosure of expert testimony under FRCP 26(a)(2) | Dkt. #635 | 02/09/26 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Dkt. #635 | 03/09/26 |
| Plaintiffs' Fee Petition Re: Discovery Sanctions | Dkt. #656 | 03/09/26 |
| Defendants' Response Re: Discovery Sanctions | Dkt. #656 | 04/06/26 |
| Plaintiffs' Reply Re: Discovery Sanctions | Dkt. #656 | 04/24/26 |
| All motions related to discovery must be filed by | Dkt. #635 | 03/16/26 |
| Attorney Settlement Conference conducted by | Dkt. #635 | 03/16/26 |
| Discovery completed by | Dkt. #635 | 04/13/26 |
| All dispositive motions and motions challenging expert witnesses must be filed by | Dkt. #635 | 04/13/26 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | Dkt. #635 | 05/21/26 |
| Agreed pretrial order filed with the Court by | Dkt. #635 | 06/04/26 |

SCHEDULING ORDER – 2

| | | |
|---|---|---|
| Pretrial conference will be held at 03:00 PM on | Dkt. #635 | 06/15/26 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | Dkt. #635 | 06/04/26 |
| 5-DAY JURY TRIAL | Dkt. #635 | 06/29/26 |

Dated this 16th day of December 2025.

Tiffany M. Cartwright
United States District Court Judge

SCHEDULING ORDER – 3